| | |
|---|---|
| MARK THOMAS SOPHOCLES, LLC | ATTORNEY FOR PLAINTIFFS |
| MARK T. SOPHOCLES, ESQUIRE | EVERETT STERN |
| 21 INDUSTRIAL BLVD., SUITE 201 | TACTICAL RABBIT, LLC |
| PAOLI, PA 19301 | |
| PA SUPREME COURT ID # 74998 | |
| 610.651.0105 | |
| FAX 610.651.0106 | |
| MARK@MARKSOPHOCLES.COM | JURY TRIAL DEMANDED |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## CIVIL LAW DIVISION

| | |
|---|---|
| EVERETT STERN<br>243 Falcon Ridge Road<br>Saint Augustine, FL 80202<br><br>and<br><br>TACTICAL RABBIT, LLC<br>2929 Arch St, Ste 1700<br>Philadelphia, PA, 19104<br><br>      Plaintiffs,<br>V.<br><br>WILLIAM RUZICH<br>314 Mockingbird Lane<br>Waterloo, Il 62258<br><br>and<br><br>LINDSAY MORAN<br>218 Taylor Avenue<br>Annapolis, MD 21401<br><br>and<br><br>KYESON UTLEY<br>3969 Prairie Creek<br>New Braunfels, TX, 78132<br><br>and | <br><br><br><br><br><br><br><br><br><br><br>CASE: 2:24-cv-01222-WB |

00001

| | |
|---|---|
| **DAVID MARCHANT**<br>176 Shady Hollow<br>Nederland, CO, 80466<br><br>and<br><br>**KYC NEWS, INC. T/A/D/B/A**<br>**OFFSHOREALERT**<br>113 SE 1st Avenue<br>Suite #173<br>Miami, FL 33131<br><br>and<br><br>**ARIZONA STATE UNIVERSITY**<br>1200 E University Blvd<br>Tucson, AZ 85721<br><br>and<br><br>**ARACARI PROJECT**<br>6801 Jefferson St. NE.<br>Suite 150<br>Albuquerque, NM 87109<br><br>and<br><br>**SPYSCAPE ENTERTAINMENT**<br>928 8th Avenue<br>New York, NY 10019<br>                    **Defendants.** | |

## **PRAECIPE TO SUPPLEMENT AMENDED EXHIBIT 7**

Kindly supplement the attached Amended Exhibit 7 in the above-captioned matter.

                                                    **MARK THOMAS SOPHOCLES, LLC**

                                                    BY: _/s/ Mark Sophocles_____

                                                    **MARK SOPHOCLES, ESQUIRE**

00001

**VERIFICATION**

I, Mark T. Sophocles, Esquire, hereby deposes and states, that the undersigned, in the within action, is authorized to make this Verification on Plaintiffs behalf; that Plaintiffs Praecipe to Supplement, in accordance with the representations made by Plaintiffs and that the same are true and correct to the best of his knowledge, information and belief; and that this Verification is given pursuant to the penalties of 18 Pa C.S.A. section 4904 relating to unsworn falsification to authorities.

_____

**Mark T. Sophocles**