IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Everett Stern; Tactical Rabbit, Inc**<br><br>**Plaintiff,**<br><br>v.<br><br>**William Ruzich; Lindsay Moran; Keyson Utley; David Marchant; KYC News, Inc. t/a/d/b/a OFFSHOREALART; Arizona Board of Regents; Arizona State University;**<br><br>**Defendant** | **CIVIL ACTION**<br><br>**NO. 2:24-cv-1222**<br><br>**NOTICE OF APPEARANCE** |

Kindly enter the Appearance and Jury Trial Demand of the undersigned as Counsel on

behalf of Defendant, Arizona Board of Regents and Arizona State University, a Non Jural Entity,

in the above-titled action.

Respectfully submitted,
LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Lee J. Janiczek, Esquire*
    Lee J. Janiczek, Esquire
    550 E. Swedesford Road, Suite 270
    Wayne, PA 19087
    (215) 977-4100
    Attorney for Defendant

By: */s/ Chester Darlington, Esquire*
    Chester Darlington, Esquire
    550 E. Swedesford Road, Suite 270
    Wayne, PA 19087
    (215) 977-4100
    Attorney for Defendant

Date: May 13, 2024

137186306.1

## CERTIFICATE OF SERVICE

I, Lee J. Janiczek, Esquire, hereby certify that I electronically filed the foregoing *Notice of Appearance as Counsel* with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the below listed individual(s).  The document so filed is available for viewing and downloading on the ECF System.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Lee J. Janiczek*
　　　　Lee J. Janiczek, Esquire

Dated: May 13, 2024