IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, and<br>TACTICAL RABBIT, INC.<br><br>    vs.<br><br>WILLIAM RUZICH, and LINDSAY MORAN, and KYESON UTLEY, and DAVID MARCHANT, and KYC NEWS, INC. t/a/d/b/a OFFSHOREALERT, and ARIZONA BOARD OF REGENTS, and ARIZONA STATE UNIVERSITY, and ARACARI PROJECT, and SPYSCAPE ENTERTAINMENT | NO. 2:24-cv-1222 |

**DEFENDANTS ARIZONA BOARD OF REGENTS AND
ARIZONA STATE UNIVERSITY'S (A NON-JURAL ENTITY)
MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) AND F.R.C.P. 12(b)(6)**

Defendants Arizona Board of Regents (hereinafter "ABOR") and Arizona State University ("ASU") (a non-jural entity), by and through undersigned counsel, respectively submit this Motion to Dismiss pursuant to F.R.C.P. 12(b)(1) and F.R.C.P. 12(b)(6).

1. On March 22, 2024, Plaintiffs filed a Complaint in this matter. (ECF #1). On April 23, 2024, Plaintiffs served ABOR with the Complaint.

2. Plaintiffs aver that they are in the business of providing "sophisticated privately owned intelligence gathering services." (ECF #1, ¶¶ 11-12). Plaintiffs aver that defendants Moran, Ruzich, Marchant, and Utley worked for Plaintiffs. (ECF #1, ¶ 21). One of the employees is alleged to have been an intern from ASU. Plaintiffs aver that the employees misrepresented a criminal charge against their employer, plaintiff Everett Stern causing Plaintiffs harm. (ECF #1, ¶ 22).

2

3. As to ABOR and ASU, Plaintiffs aver that they are both located in the State of Arizona. (ECF #1, ¶¶ 7-8). Plaintiffs aver that they provided an internship to an ASU student and that ABOR and ASU failed to provide an intern that "would act honestly and without selfish disregard for the rights of Plaintiffs." (ECF #1, ¶ 25). Plaintiffs aver that ABOR and ASU failed to screen and train the intern. (ECF #1, ¶ 25).

4. Nowhere in Plaintiffs' Complaint do they aver that they complied with the Arizona Notice of Claim Statute, Ariz. Rev. Stat. § 12-821.01, before attempting to bring suit.

5. Both ASU and ABOR are arms of the State of Arizona. As arms of the State of Arizona, ASU and ABOR are both subject to Eleventh Amendment immunity that applies to the states. ASU and ABOR should be dismissed.

6. ASU is a non-jural entity and as such is not subject to suit. For this additional reason ASU should be dismissed.

7. Under Arizona law, to bring a claim against a public entity or public school the claimant must first comply with the Arizona Notice of Claim Statute,. Among other things, the act requires notice of a claim within 180 days after it accrues.

8. Plaintiffs do not aver that they complied with this provision. Accordingly, their lawsuit is barred and should be dismissed pursuant to F.R.C.P. 12(b)(1) and F.R.C.P. 12(b)(6).

**WHEREFORE**, Defendants Arizona Board of Regents and Arizona State University (a non-jural entity) respectively request that their Motion to Dismiss be granted and that they be dismissed with prejudice.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

Date: May 14, 2024

By: _/s/ Chester F. Darlington_
Lee J. Janiczek, Esq.
Chester F. Darlington, Esq.
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
(215) 977-4100 telephone
(215) 977-4101 facsimile
Lee.Janiczek@lewisbrisbois.com
Chester.Darlington@lewisbrisbois.com

Attorneys for Defendants
Arizona Board of Regents and
Arizona State University (a non-jural entity)

4