IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, and<br>TACTICAL RABBIT, INC.<br><br>  vs.<br><br>WILLIAM RUZICH, and LINDSAY MORAN, and KYESON UTLEY, and DAVID MARCHANT, and KYC NEWS, INC. t/a/d/b/a OFFSHOREALERT, and<br>ARIZONA BOARD OF REGENTS, and<br>ARIZONA STATE UNIVERSITY, and<br>ARACARI PROJECT, and SPYSCAPE ENTERTAINMENT | NO. 2:24-cv-1222 |

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Motion to Dismiss was electronically filed with the Clerk of the Court using the CM/ECF system which automatically sends notification of such filing to all counsel of record and parties registered with the ECF System.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

Date:  May 14, 2024

By: _/s/ Chester F. Darlington_
Lee J. Janiczek, Esq.
Chester F. Darlington, Esq.
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
(215) 977-4100 telephone
(215) 977-4101 facsimile
Lee.Janiczek@lewisbrisbois.com
Chester.Darlington@lewisbrisbois.com

Attorneys for Defendants
Arizona Board of Regents and
Arizona State University (a non-jural entity)

140251073.1