IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, and<br>TACTICAL RABBIT, INC.<br><br>   vs.<br><br>WILLIAM RUZICH, and LINDSAY MORAN, and KYESON UTLEY, and DAVID MARCHANT, and KYC NEWS, INC. t/a/d/b/a OFFSHOREALERT, and ARIZONA BOARD OF REGENTS, and ARIZONA STATE UNIVERSITY, and ARACARI PROJECT, and SPYSCAPE ENTERTAINMENT | NO. 2:24-cv-1222 |

## **ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants Arizona Board of Regents and Arizona State University's Motion to Dismiss and Plaintiff's response thereto, it is hereby ordered that the motion is GRANTED. Arizona Board of Regents and Arizona State University are dismissed with prejudice.

BY THE COURT:

_____
U.S.D.J.