IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

EVERETT STERN, *et al.,*

    Plaintiffs,

vs.

WILLIAM RUZICH, *et al.,*

    Defendants.

CASE: 24-cv-01222

**STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT**

    WHEREAS, Plaintiffs Everett Stern and Tactical Rabbit, Inc. (collectively, "**Plaintiffs**") filed their Verified Civil Action Complaint on March 22, 2024 (the "**Complaint**") against, among others, David Marchant and KYC News, Inc. t/a/d/b/a OffshoreAlert (collectively, the "**Marchant Defendants**");

    WHEREAS, the Marchant Defendants have been served with the Complaint and the current deadline for the Marchant Defendants to answer or otherwise plead in response to the Complaint is May 23, 2024 (the "**Response Deadline**");

    WHEREAS, Plaintiffs and the Marchant Defendants have agreed to an extension of the Response Deadline due to the Marchant Defendants recently retaining counsel.

    IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel as follows:

1. The Response Deadline for the Marchant Defendants is hereby extended so that the Marchant Defendants shall answer or otherwise plead in response to the Complaint on or before June 13, 2024.

2. This stipulation shall not be construed as the Marchant Defendants' consent to personal jurisdiction in connection with this litigation, and the Marchant Defendants expressly reserve all rights to seek dismissal of the Complaint on the grounds of lack of personal jurisdiction.

| MARK THOMAS SOPHOCLES, LLC | HOLLAND & KNIGHT LLP |
|---|---|
| *Mark T. Sophocles* | *Bnjm R. Wi* |
| Mark T. Sophocles, Esq. (Bar No. 74998) | Benjamin R. Wilson, Esq. (Bar No. 327118) |
| 21 Industrial Blvd., Suite 201 | 1650 Market Street, Suite 3300 |
| Paoli, Pa 19301 | Philadelphia, PA 19103 |
| Phone: 610.651.0105 | Phone: 215.252.9600 |
| Email: mark@marksophocles.com | Email: benjamin.wilson@hklaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for the Marchant Defendants* |

SO ORDERED this __23rd__ day of __May_____, 2024.

/s/Wendy Beetlestone, J.
_____
Honorable Wendy Beetlestone
United States District Court Judge