Civil Action No.   2:24-CV-01222-WB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Arizona Board of Regents** was recieved by me on **4/18/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Kim Edwards**, who is designated by law to accept service of process on behalf of **Arizona Board of Regents** at **2700 N Central Ave Ste 400, Phoenix, AZ 85004 on 04/23/2024 at 10:06 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date: *AC*
4-25-24

*Server's signature*

**Antoine Cobb**
*Printed name and title*

**24 W Camelback Rd
A228
Phoenix, AZ 85013**

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Kim Edwards who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

Tracking #: 0130660223