AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:24-CV-01222

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for **David Marchant** was recieved by me on **4/28/2024**:

[X]  I personally served the summons on the individual at **176 Shady Holw, Nederland, CO 80466** on **05/02/2024** at **4:02 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 4/28/2024

_____
Server's signature

**Eric Kaufmann**
Printed name and title

1259 Quentin Street
Aurora, CO 80011

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to David Marchant with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 120-140 lbs.



Tracking #: 0131590201

