**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Chambers of Judge Wendy Beetlestone**
**10614 U.S. Courthouse**
**601 Market Street**
**Philadelphia, Pennsylvania 19106**

June 24, 2024

All Counsel of Record

   RE: Stern v. Ruzich
      24CV1222

Dear Counsel:

   A review of the Court's records show that a pleading has not been filed in the above captioned action in response to the Complaint by David Marchant and KYC News, Inc. t/a/d/b/a Offshore Allert ("Collectively the "Marchant Defendants") referenced in the Stipulation and Order Extending Deadline to Respond to Complaint (ECF#8).

   If such a pleading is not filed by the above-named defendants on or before **July 8, 2024**, you may file a request for default with the Clerk of Court in accordance with Rule 55 of the Federal Rules of Civil Procedure.

   If the Request for Default is not filed on or before **July 22, 2024,** the Court may enter an order dismissing the case against the above-named defendant(s) for lack of prosecution.

        Very truly yours,

        /s/ A. Wilson
        A.  M. Wilson
        Civil Deputy Clerk to the
        Honorable Wendy Beetlestone

cc: all counsel of record