IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, TACTICAL RABBIT, INC., <br> **Plaintiffs,** <br><br> v. <br><br> WILLIAM RUZICH, LINDSAY MORAN, KYESTON UTLEY, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, ARIZONA BOARD OF REGENTS, ARIZONA STATE UNIVERSITY, ARACARI PROJECT, SPYSCAE ENTERTAINMENT, <br> **Defendants.** | CIVIL ACTION <br><br><br> NO. 24CV1222 |

## O R D E R

**AND NOW**, this 1st day of July, 2024, there being no timely response by Plaintiff to Defendants Arizona Board of Regents and Arizona State University's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (ECF 7) it is **HEREBY ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that Arizona Board of Regents and Arizona State University are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**