IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL LAW DIVISION

| | |
|---|---|
| EVERETT STERN<br>243 Falcon Ridge Road<br>Saint Augustine, FL 80202<br><br>and<br><br>TACTICAL RABBIT, LLC<br>2929 Arch St, Ste 1700<br>Philadelphia, PA, 19104<br><br>      Plaintiffs,<br>V.<br><br>WILLIAM RUZICH<br>314 Mockingbird Lane<br>Waterloo, Il 62258<br><br>and<br><br>LINDSAY MORAN<br>218 Taylor Avenue<br>Annapolis, MD 21401<br><br>and<br><br>KYESON UTLEY<br>3969 Prairie Creek<br>New Braunfels, TX, 78132<br><br>and<br><br>DAVID MARCHANT<br>176 Shady Hollow<br>Nederland, CO, 80466<br><br>and<br><br>KYC NEWS, INC. T/A/D/B/A<br>OFFSHOREALERT<br>113 SE 1st Avenue<br>Suite #173<br>Miami, FL 33131 | CASE: 2:24-cv-01222-WB |

| | |
|---|---|
| and<br><br>**ARIZONA STATE UNIVERSITY**<br>1200 E University Blvd<br>Tucson, AZ 85721<br><br>and<br><br>**ARACARI PROJECT**<br>6801 Jefferson St. NE.<br>Suite 150<br>Albuquerque, NM 87109<br><br>and<br><br>**SPYSCAPE ENTERTAINMENT**<br>928 8th Avenue<br>New York, NY 10019<br>                    **Defendants.** | |

## ORDER

AND NOW, this _____ day of _____ 2024, upon consideration of the Motion to Amend the Complaint, the Memorandum of Law in support thereof and any replies or responses to the motion, the Court GRANTS this Motion such that Plaintiff is granted leave to file this Amended Complaint.

BY THE JUDGE:

_____
J.

00001