IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

EVERETT STERN, *et ano.,*

    Plaintiffs,

vs.

WILLIAM RUZICH, *et al.,*

    Defendants.

CASE: 24-cv-01222

## STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT

WHEREAS, plaintiffs Everett Stern and Tactical Rabbit, Inc. (collectively, "**Plaintiffs**") filed their Verified Civil Action Complaint on March 22, 2024 (the "**Initial Complaint**") against, among others, David Marchant and KYC News, Inc. t/a/d/b/a OffshoreAlert (collectively, the "**Marchant Defendants**");

WHEREAS, pursuant to a Stipulation and Order Extending Deadline to Respond to Complaint (ECF No. 8], the Marchant Defendants' deadline to answer or otherwise respond to the Initial Complaint was set at June 13, 2024 (the "**Response Deadline**").

WHEREAS, prior to the Response Deadline, counsel for the Plaintiffs and the Marchant Defendants engaged in discussions regarding the allegations, or lack thereof, against the Marchant Defendants as set forth in the Initial Complaint, which resulted in the Plaintiffs filing their Motion (the "**Motion to Amend**") [ECF No. 15] for Leave to file an Amended Complaint (the "**Amended Complaint**").

WHEREAS, Plaintiffs and the Marchant Defendants have agreed to the matters set forth below in connection with the Motion to Amend and the Amended Complaint, in order to avoid duplicative filings.

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel as follows:

1. Due to the filing of the Motion to Amend, the Response Deadline is hereby stricken.

2. The Marchant Defendants have no objection to the Motion to Amend and agree to waive service in the event that the Court grants the Motion to Amend.

3. In the event that this Court grants the Motion to Amend, the Marchant Defendants shall answer or otherwise respond to the Amended Complaint on or before twenty-one (21) days following this Court's entry of an Order granting the Motion to Amend.

4. In the event that this Court denies the Motion to Amend, the Marchant Defendants shall answer or otherwise respond to the Initial Complaint on or before twenty-one (21) days following this Court's entry of an Order denying the Motion to Amend.

5. This stipulation shall not be construed as the Marchant Defendants' consent to personal jurisdiction in connection with this litigation, and the Marchant Defendants expressly reserve all rights to seek dismissal of the Complaint on the grounds of lack of personal jurisdiction.

| MARK THOMAS SOPHOCLES, LLC | HOLLAND & KNIGHT LLP |
|---|---|
| *Mark T. Sophocles* | *Bm R. Wil* |
| Mark T. Sophocles, Esq. (Bar No. 74998) | Benjamin R. Wilson, Esq. (Bar No. 327118) |
| 21 Industrial Blvd., Suite 201 | 1650 Market Street, Suite 3300 |
| Paoli, Pa 19301 | Philadelphia, PA 19103 |
| Phone: 610.651.0105 | Phone: 215.252.9600 |
| Email: mark@marksophocles.com | Email: benjamin.wilson@hklaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for the Marchant Defendants* |

SO ORDERED this ___3rd___ day of ___July_____, 2024.

                                           /s/Wendy Beetlestone, J.
                                           Honorable Wendy Beetlestone
                                           United States District Court Judge