IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __24-cv-01222-WB__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Richard A. Bixter, Jr.__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __[credit card]__, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Illinois | November 5, 2009 | 6299110 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Northern District of Illinois | November 5, 2009 | 6299110 |
| Sixth Circuit Court of Appeals | 10/2023 | n/a |
| Supreme Court of the United States | 3/1/2016 | n/a |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __David Marchant and Offshore Alert__

Date: 07/23/2024

Name of Applicant's Firm: Holland & Knight LLP
Address: 150 N. Riverside Plaza
Telephone Number: 312-263-3600
Email Address: richard.bixter@hklaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/23/2024

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Richard A. Bixter, Jr. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date served on all interested counsel.

| Benjamin R. Wilson | *[signature]* | 2019 | 327118 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Holland & Knight LLP

1650 Market Street  Suite 3300

Philadelphia, PA 19103

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/23/24                                    *[signature]*
            (Date)                                    (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Everett Stern et ano. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| William Ruzich et al. | : | No.: 24-cv-01222-WB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Richard A. Bixter, Jr.**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows: on all interested counsel through the CM/ECF System

_____
(Signature of Attorney)

Benjamin R. Wilson
_____
(Name of Attorney)

David Marchant and Offshore Alert
_____
(Name of Moving Party)

07/23/2024
_____
(Date)