IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Everett Stern et ano. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| William Ruzich et al. | : | No.: 24-cv-01222-WB |

ORDER

AND NOW, this _____ day of _____ 20 24 , it is hereby

ORDERED that the application of Richard A. Bixter, Jr. _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.