# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM RUZICH, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-01222-WB |

## DEFENDANTS DAVID MARCHANT AND KYC NEWS, INC. T/A/D/B/A OFFSHORE ALERT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants David Marchant and KYC News, Inc. T/A/D/B/A Offshore Alert (together, the "**Marchant Defendants**"), hereby respectfully move for an Order dismissing Plaintiffs Everett Stern and Tactical Rabbit, LLC's Amended Complaint (ECF No. 15) as to all claims against the Marchant Defendants for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and failure to state a claim under Fed. R. Civ. P. 12(b)(6) (the "**Motion**").

In support of their Motion, the Marchant Defendants submit their Memorandum of Law in Support of the Motion, as well as the July 24, 2024 Declaration of David Marchant, both of which are filed concurrently herewith.  A proposed order granting the Motion is attached hereto as Exhibit A.

Counsel to the Marchant Defendants will make itself available at the Court's convenience to the extent that the Court wishes to preside over oral argument.

Dated: July 24, 2024
       Philadelphia, Pennsylvania

                                              HOLLAND & KNIGHT LLP

                                              /s/ Benjamin R. Wilson
                                              Benjamin R. Wilson, Esq. (Bar No. 327118)
                                              1650 Market Street, Suite 3300

Philadelphia, Pennsylvania 19103
Phone: (215) 252-9600
Email: benjamin.wilson@hklaw.com

Richard A. Bixter Jr., *pro hac vice pending*
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone: (312) 422-9032
Email: richard.bixter@hklaw.com

*Attorneys for Defendants David Marchant and KYC News, Inc. T/A/D/B/A Offshore Alert*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing, along with the July 24, 2024 Declaration of David Marchant, with the Clerk of Court using the CM/ECF system and served upon all parties registered for the CM/ECF system in this case.

Dated: July 24, 2024
       Philadelphia, Pennsylvania

                                                /s/ Benjamin R. Wilson

#506265366_v1