IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM RUZICH, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-01222-WB |

**DECLARATION OF DAVID MARCHANT IN SUPPORT OF**
**MARCHANT DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, David Marchant, being duly sworn, deposes and states as follows:

1. I make this Declaration in Support of the Motion to Dismiss filed by me and and KYC News, Inc. T/A/D/B/A OffshoreAlert ("**OffshoreAlert**," and together with myself, the "**Marchant Defendants**"), seeking dismissal of Plaintiffs Everett Stern and Tactical Rabbit, LLC's (together, "**Plaintiffs**") Amended Complaint, filed in the above-referenced case (the "**Amended Complaint**").

2. I am an investigative financial journalist who is a dual citizen of the United States and the United Kingdom. I was trained, and certified as a journalist, by the National Council for the Training of Journalists, an organization founded in 1951 to oversee the training of journalists for the newspaper industry in the United Kingdom. I have worked for news organizations in Wales, England, Bermuda, and the United States. I am over the

age of eighteen and competent to make this Declaration. This declaration is based off my personal knowledge and I am able to testify if the Court so wishes.

3. I am a resident of Colorado, where I have lived for all times relevant to the Amended Complaint. I have never resided in Pennsylvania. I have never even visited or traveled to Pennsylvania, and I do not own a business that is based or operates in Pennsylvania.

4. I am the owner and president of OffshoreAlert, which is incorporated in Florida and maintains operations there. OffshoreAlert was incorporated in 1996, has been in continuous existence since then, and is currently active with the Florida Secretary of State.

5. OffshoreAlert does not maintain an office in Pennsylvania or otherwise transact business specifically with residents of Pennsylvania, other than provide subscription services to Pennsylvania residents. OffshoreAlert has no employees or assets located in Pennsylvania.

6. I am the founder, sole owner, and editor of OffshoreAlert, which maintains a website at www.OffshoreAlert.com ("**OA**").[1]

7. Among other things, OA provides investigative intelligence, almost entirely via publicly available sources, concerning participants in high-value international finance.

8. OA offers a subscription service that is equally accessible to users anywhere in the world without discrimination to their location. Other than being accessible in Pennsylvania and offering subscriptions to its residents, OA does not directly target

---

[1] *See* OffshoreAlert, About, available at: https://www.offshorealert.com/about/.

2

residents of Pennsylvania. OA does not offer different pricing or terms depending on whether the potential subscriber is located in Pennsylvania versus another location. OA does not have different content offerings depending on whether the potential subscriber is located in Pennsylvania. OA does not directly solicit residents of Pennsylvania for marketing or other purposes specific to that jurisdiction.

9. In fact, a substantial majority of OA's subscribers are located outside of the Commonwealth of Pennsylvania. OA's revenue is derived from subscribers throughout many countries, with a small minority of that revenue deriving from residents of Pennsylvania.

10. OA has published content about Plaintiffs Everett Stern and/or Tactical Rabbit, Inc. (together, "**Plaintiffs**").[2]

11. Publicly available court records constitute the sole source of the material on Plaintiffs that has been published on OA.

12. For example, OA has published the court docket in a criminal action in which Stern pleaded guilty to disorderly conduct and was ordered by the judge to submit to a mental health evaluation; dueling lawsuits by Stern and 'Stop the Steal 'architect General Michael Flynn; multiple lawsuits against Stern for unpaid debts, including two for bad checks at casinos and one for unpaid rent, resulting in at least three judgments totaling $112,000 in 2023 alone; two lawsuits against Tactical Rabbit by clients for investigations

---

[2] *See* OffshoreAlert, "Everett Stern," available at: https://www.offshorealert.com/?s=%22everett+stern%22.

fraud; and an action against Stern for defamation brought by "Grenada's Ambassador Extraordinary and Plenipotentiary to the Russian Federation."[3]

13. Each court document published by OA contains a brief description identifying the parties, the court, the date filed, and description of the claims. Neither I, nor any other employee of OA, have appended commentary or other editorializing to the posts about Plaintiffs, except to state that, in the action that resulted in Stern's criminal conviction at the Pennsylvania's Court of Common Pleas, OffshoreAlert's researcher attempted to obtain documents and informed OffshoreAlert that: "The clerk at the CCP said that this case was not available to the public - and she was not authorized to explain why.".

14. OffshoreAlert also organizes in-person conferences and virtual events. For example, in 2024, OffshoreAlert has or will host conferences in Bangkok, Thailand; Miami, USA; Marbella, Spain, and London, England. Defendant William Ruzich ("**Ruzich**") has spoken at two of OffshoreAlert in-person conferences, first in December 2023 in England, when he was one of several panelists presenting a session entitled 'Deep Fakes & The Global Disinformation Industry', and again in February 2024 in Bangkok, when he was one of several panelists presenting a session entitled 'Crypto Investigations & Recovery'.[4] Neither of these sessions were about the Plaintiffs. Ruzich has not spoken at any other conference hosted by, or otherwise affiliated with, OffshoreAlert.

15. In October 2023, which was two months prior to Ruzich speaking at OffshoreAlert's London 2023 conference, Stern contacted the Marchant Defendants on

---

[3] *See id.*

[4] *See* 'Deep Fakes & The Global Disinformation Industry' and 'Crypto Investigations & Recovery', available at https://www.offshorealert.com/profile/william-ruzich/.

4

the business networking platform known as LinkedIn and asked Marchant to remove Ruzich as a speaker at OffshoreAlert's London 2023 conference. When Marchant refused Stern's request, Stern wrote that "I will absoltuly [sic] be making a very public annoucement [sic] against you and your company. Then I will have my legal team include you in the Federal Lawsuit" and "I will make sure I warn everyone to stop doing business with you." Five months later, this action was brought by the Plaintiffs.

16. OffshoreAlert has never hosted a conference or other event in Pennsylvania and does not intend to in the future.

17. OffshoreAlert does not provide customized advertising or other outreach to potential attendees of its events depending on whether they are located in Pennsylvania.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania and the State of Colorado that the foregoing is true and correct.

Dated: July 24, 2024
       Nederland, Colorado

_____
David Marchant

#506145907_v1