IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN, TACTICAL RABBIT, INC.,**<br>    **Plaintiffs,**<br><br>              v.<br><br>**WILLIAM RUZICH, LINDSAY MORAN, KYESTON UTLEY, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, ARACARI PROJECT, SPYSCAPE ENTERTAINMENT,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 24CV1222** |

## O R D E R

**AND NOW**, this 19th day of August 2024, upon receipt of Defendants David Marchant's and KYC News, Inc. (d/b/a Offshore Alert)'s Motion to Dismiss for lack of personal jurisdiction and for failure to state a claim (ECF No. 20), and in light of Plaintiffs' failure to timely file a response pursuant to the Court's Policies and Procedures, Defendants' Motion is **HEREBY GRANTED AS UNCONTESTED**. Defendants David Marchant and KYC News, Inc. are **HEREBY DISMISSED** from this case.

BY THE COURT:

*/s/ Wendy Beetlestone*
**WENDY BEETLESTONE, J.**