IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM RUZICH, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-01222-WB |

**DEFENDANT SPYSCAPE ENTERTAINMENT'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

Defendant Spyscape Entertainment ("**Spyscape**") hereby respectfully moves for an Order dismissing Plaintiffs Everett Stern and Tactical Rabbit, LLC's Amended Complaint (ECF No. 15) as to all claims against Spyscape for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2), failure to state a claim under Fed. R. Civ. P. 12(b)(6), and improper service under Fed. R. Civ. P. 12(b)(5) (the "**Motion**").

In support of its Motion, Spyscape submits its Memorandum of Law in Support of the Motion, as well as the September 9, 2024 Declaration of Marcelle Devine, both of which are filed concurrently herewith. A proposed order granting the Motion is attached hereto as Exhibit A.

Counsel to Spyscape will make itself available at the Court's convenience to the extent that the Court wishes to preside over oral argument.

Dated: September 9, 2024
       Philadelphia, Pennsylvania

HOLLAND & KNIGHT LLP

/s/ Benjamin R. Wilson
Benjamin R. Wilson, Esq. (Bar No. 327118)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone: (215) 252-9600
Email: benjamin.wilson@hklaw.com

Richard A. Bixter Jr., *pro hac vice forthcoming*
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone: (312) 422-9032
Email: richard.bixter@hklaw.com

*Attorneys for Defendant Spyscape Entertainment*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing, along with the September 9, 2024 Declaration of Marcelle Devine, with the Clerk of Court using the CM/ECF system and served upon all parties registered for the CM/ECF system in this case.

Dated: September 9, 2024
Philadelphia, Pennsylvania

/s/ Benjamin R. Wilson