From: Lindsay Moran, 202-253-0006
linzmoran@gmail.com

To: United States District Court, PAED

24 September 2024

**Correction:**

In a document I filed yesterday (23 Sept 2024) regarding Civil Action No. 2:24-cv-01222-WB, I referred to attorney Mark Sophocles sending me a certified letter, which I believed was made in an effort to intimidate me by being made to look as if it was a court-issued document.

Today, 24 September 2024, Mr. Sophocles emailed to accuse me of a "defamatory lie" in need of immediate correction.

I am therefore submitting this correction document, **retracting *any* accusation or insinuation** of Mr. Sophocles "impersonating the court," and which reflects only the facts in this case. **I will leave it to the court to determine the propriety, legality, or intent of Mr. Sophocles' certified letter to me.**

Below is a scan of the content of the certified letter Mr. Sophocles sent on behalf of his client Everett Stern to my place of employment. (I have previously submitted a PDF of the letter itself and will do so again today.)

Facts pertaining to this letter:

1) At the time of delivery of this NOTICE to me, on Sept 12, 2024, after it had been sent to my place of employment, I was concerned and confused by the wording suggesting I would **"lose my property and other important rights,"** especially because I had *never* been served in the case Civil Action No. 2:24-cv-01222-WB.
2) I immediately called the number for the court listed on the document, and reached the marshalls' office. I read the letter to the U.S. marshall over the phone. He said it did not come from his office or the court, and that it **"sounded like B.S."** to him.
3) The marshall looked up the case and confirmed to me that I had *not* been served in Case 24-1222, and said that the letter did not make any sense to him. He suggested that I report the letter to the Judge's chambers.
4) The same day, I reported the letter to Judge Wendy Beetlestone's chambers. Some days later, I called Judge Bettlestone's chambers and spoke to the clerk who informed me that she could a) confirm that indeed I had NOT been served in the case and b) that the letter I received was NOT a court order, even though the court's address and phone number were listed - as if it were a document issued by the court.
5) On September 19, I also called the court and spoke to Steve Tomas (steve_tomas@paed.uscourts.gov). I read the letter to Mr. Tomas over the phone and he

confirmed that it was not something that came from the court. He also looked up the case and confirmed that I had not been served in the case. He also said that while he could not offer any legal advice, I could submit the letter electronically, which I did.

---

MARK THOMAS SOPHOCLES, LLC    ATTORNEY FOR PLAINTIFFS
By: Mark Thomas Sophocles, Esquire
Attorney I.D. # 74998
21 Industrial Boulevard, Suite 201
Paoli, PA 19301
Tel. (610) 651-0105
Fax (610) 651-0106

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVERETT STERN, et al.           :
    Plaintiffs,                 :
                                :
V.                              :   Case No.: 24-1222
                                :
WILLIAM RUZICH, et al           :
    Defendants.                 :

---

**NOTICE OF INTENT TO ENTER DEFAULT JUDGMENT**

To:   Lindsay Moran
      200 North Glebe Road, Suite 801
      Arlington, VA 22233

Date of Notice: September 6, 2024

**IMPORTANT NOTICE**

YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

James A Brynes U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
215-597-7272

**Notes**:

As should be obvious to the court at this point, Case 24-1222, filed by Everett Stern, is a spurious federal lawsuit, which has already been dismissed several times after other defendants - Arizona State University, Spyscape, and David Marchant - retained counsel.

I am a single mom who cannot afford counsel. I have never been officially served in this case, and I believe the record will show that.

Meanwhile, Mr. Stern continues to harass me and another defendant, William Ruzich. Both Mr. Ruzich and I have received threatening text messages from Mr. Stern, which I already filed electronically, such as texts that read "you are going to jail."

Mr. Stern also slandered all the defendants in this case on his X account, and exposed our social security numbers - filed by Mr. Sophocles UNREDACTED - in the original filing of the case.

Mr. Stern tweeted the case number to his thousands of followers on the day of filing, while our social security numbers were still unredacted in the filing. **It was only after I personally petitioned the court, and reported Mr. Sophocles to the PA disciplinary board, that the exhibits with our full social security numbers were restricted.**

Also of note, Mr. Stern has previously pled guilty to impersonating a law enforcement officer. He has a history of impersonating law enforcement and threatening women:

https://www.dailylocal.com/2022/12/17/former-senate-candidate-pleads-guilty-to-charges/

I feel harassed and threatened by this individual who also has single handedly managed to jam up the court system and waste taxpayer resources with a "federal lawsuit" that is no more than the ranting of a delusional individual with whom I - and the other defendants - have NO professional or personal connection.

Mr. Stern has also - as I have submitted in previous documents - falsely claimed to or threatened me by saying senior level CIA operatives have reported me to the FBI. These are entirely false claims, and while on the one hand laughably preposterous, have had a significant impact on my mental health, professional reputation, and job security - which will be the topic of a separate finding.

In previously submitted documents, I have offered evidence of the false claims and threats.

If I am served in this case, I will personally file a motion to dismiss as all of the other defendants have successfully done.

I thank the court for its time.