From: Lindsay Moran, 202-253-0006
linzmoran@gmail.com

To: United States District Court, PAED

24 September 2024

**RE: Amended Motion to seal the document "Final - Complaint of harassment and fraudulently impersonating the court against Everett Stern and Mark Sophocles" and the image "Lindsay Social - Exposed to public by Sophocles and Stern" in Case 24-1222 (Civil Action No. 2:24-cv-01222-WB.)**

I would like to file a motion to seal the documents I submitted regarding Case 24-1222 in which I inadvertently exposed my social security number. I filed these documents on 21 September 2024, The image is on page 9 of the document "Final - Complaint of harassment and fraudulently impersonating the court against Everett Stern and Mark Sophocles" and the image is also entitled "Lindsay Social - Exposed to public by Sophocles and Stern"

I did not realize when submitting these documents that they would be viewable to the public so I am petitioning that they be restricted or sealed so that my social is not exposed.

I am filing this corrected motion because yesterday I believe I erroneously inputted the wrong case number.


Thank you for all of your help!

Lindsay Moran
(202) 253-0006
linzmoran@gmail.com