**MARK THOMAS SOPHOCLES, LLC**                    ATTORNEY FOR PLAINTIFFS
**By: Mark Thomas Sophocles, Esquire**
**Attorney I.D. # 74998**
**21 Industrial Boulevard, Suite 201**
**Paoli, PA  19301**
**Tel. (610) 651-0105**
**Fax (610) 651-0106**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVERETT STERN,** *et al.* | : | |
| **Plaintiffs,** | : | |
| | : | **Case No.: 2:24-cv-01222-WB** |
| **V.** | : | |
| | : | |
| **WILLIAM RUZICH,** *et al* | : | |
| **Defendants.** | : | |

### AFFIDAVIT OF SERVICE

I, Karen West, being duly sworn, depose and state that I am not a party to this case and hereby caused a true and correct copy of the Ten (10) Notice of Intent to be served on the 9th day of September 2024 at 12:40 pm in Arlington, VA via Certified Mail Return Receipt Requested as set forth in the attached.

**Place of Service:**                              200 N. Glebe Road
                                                   Suite 801
                                                   Arlington, VA 22203-3764

**Date Served:**                                   September 9, 2024

**Name of Individual/Corporation to serve:**       Lindsay Moran

*Karen West*
**Karen West**

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Mark Thomas Sophocles LLC
21 INDUSTRIAL BLVD STE 201
PAOLI PA 19301-1610

**$6.35    US POSTAGE**
FIRST-CLASS
Sep 06 2024
Mailed from ZIP 19301
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 2
11923275



062S0011485632

**USPS CERTIFIED MAIL**



9407 1118 9876 5489 9106 47

Lindsay Moran
200 N GLEBE RD STE 801
ARLINGTON VA 22203-3764

| | |
|---|---|
| Reference | Stern |
| USPS # | 9407111898765489910647 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to an individual at the address at 12:40 pm on September 9, 2024 in ARLINGTON, VA 22203. |
| USPS History | Arrived at USPS Regional Destination Facility, 09/08/2024, 3:34 pm, DULLES VA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Origin Facility, 09/08/2024, 1:18 am, PHILADELPHIA PA DISTRIBUTION CENTER |
| | Departed Post Office, September 7, 2024, 1:23 pm, PAOLI, PA 19301 |
| | USPS picked up item, September 7, 2024, 12:07 pm, PAOLI, PA 19301 |
| | Shipping Label Created, USPS Awaiting Item, 09/06/2024, 11:31 am, PAOLI, PA 19301 |

**Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/10/2024 00:41:36 (UTC)**