# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN, TACTICAL RABBIT, INC.,**<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>**WILLIAM RUZICH, LINDSAY MORAN, KYESTON UTLEY, ARACARI PROJECT, SPYSCAPE ENTERTAINMENT,**<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 24-1222 |

## ORDER

**AND NOW**, this 26th day of September 2024, upon consideration of Defendant Lindsay Moran's Amended Motion to Seal (ECF No. 28), **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

The Clerk of Court is **DIRECTED** to **SEAL** Exhibit 7 of Plaintiff's Original Complaint (ECF No. 1-9) and Defendant's Memorandum as to the Original Complaint (ECF No. 25), and **RESTRICT ACCESS** to the parties and court personnel.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**