IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN, TACTICAL RABBIT, INC.,** <br> **Plaintiffs,** <br><br> v. <br><br> **WILLIAM RUZICH, LINDSAY MORAN, KYESTON UTLEY, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, ARACARI PROJECT, SPYSCAPE ENTERTAINMENT,** <br> **Defendants.** | CIVIL ACTION <br><br><br> NO. 24CV1222 |

## O R D E R

**AND NOW**, this 30th day of September 2024, upon consideration of Defendant's Motion to Seal filed by Lindsay Moran (ECF#26), **IT IS HEREBY ORDERED** that said motion is hereby **DENIED** as **MOOT** in light of the court's Order granting Defendant's Amended Motion to Seal at (ECF#30)

                                                    **BY THE COURT:**


                                                 */s/ Wendy Beetlestone*
                                                 **WENDY BEETLESTONE, J.**