# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM RUZICH, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-01222-WB |

### PLAINTIFFS' RESPONSE TO DEFENDANT SPYSCAPE ENTERTAINMENT'S MOTION TO DISMISS

Dated: September 30, 2024
Paoli, Pennsylvania

*[signature]*

MARK THOMAS SOPHOCLES, LLC
21 Industrial Blvd. Suite 201
Paoli, Pennsylvania 19301
Phone: (215) 880-8825

*Attorneys for Plaintiffs Everett Stern et al*