IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM RUZICH, *et al.*,<br><br>    Defendants. | Civil Action No. 2:24-cv-01222-WB |

**<u>ORDER</u>**

AND NOW, this ____ day of _____, 2024 upon consideration of the Motion to Dismiss of Defendant Spyscape Entertainment, Inc. and any responses thereto, the Motion is DENIED.

                                                                                    **J.**