## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing Response to Motion to Dismiss, Memorandum of Law, with the Clerk of Court using the CM/ECF system and served upon all parties registered for the CM/ECF system in this case.

*/s/ Mark T. Sophocles*

Mark T. Sophocles, Esquire