October 04, 2024

To: Mark Sophocles, 21 Industrial Blvd #201, Paoli, PA 19301

**Re: Notice of Intent to File Rule 11 Motion for Sanctions,** Amended Complaint 24-1222

Dear Mr. Sophocles,

I am writing to formally notify you of my intention to file a motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure in the above-referenced case. This letter serves as the required 21-day notice under Rule 11(c)(2), allowing you and your client the opportunity to withdraw the frivolous claims asserted against me in your case.

I believe that the claims brought against me are not supported by fact or law, and that they violate Rule 11(b), which requires that representations to the court be warranted by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law, and that they be based on a proper factual investigation. Specifically, the case violate Rule 11(b) because:

Amended Complaint 24-1222 is a nonsensical, incoherent federal filing lobbing a hodgepodge of unsubstantiated claims (none supported by facts nor evidence), indiscriminately, at a random assortment of defendants, to include me. The case, which appears to be a desperate and ill-conceived attempt at a "shakedown" for money, has been dismissed by this court three times.

24-1222 is clearly intended only to harass me and other defendants and includes nothing but false and/or haphazard blanket accusations such as hacking and stealing sensitive information. The entirety of 24-1222 goes beyond just the frivolousness standard for Rule 11, was made in subjective bad faith, and amounts to a concerted effort to waste my and the other defendants' time and for us to incur legal costs. It also represents a gross abuse of the federal legal system, and specifically this court.

You now have 21 days from the date of this letter to withdraw the complaint. Should you fail to do so, I will proceed with filing a motion for sanctions under Rule 11.

I trust that you will give this matter the serious consideration it deserves. If you choose to withdraw the pleadings, please inform me in writing before the expiration of the 21-day safe harbor period. Failure to respond appropriately will leave me with no option but to seek relief through the court.

Thank you for your prompt attention to this matter.

Sincerely,

Lindsay Moran
218 Taylor Avenue, Annapolis, MD 21401, linzmoran@gmail.com