# EXHIBIT "A"

## **DECLARATION OF EVERETT STERN**

I, Everett Stern, an adult of sound mind declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct. The Declaration of Everett Stern, Plaintiff and principal owner of Tactical Rabbit, LLC supports the Plaintiffs Motion to Amend the Exhibits to the Amended Complaint. The Court should be aware that Defendant Moran in spite of her repeated pro se communications with this Court, is very savvy and highly intelligent having worked for years as a CIA operative (clandestine). Moran is extremely skilled as a manipulator capable of highly complex denigration campaigns and frankly was able to manipulate me and my businesses. After discovering the breach of data from Plaintiffs by Moran et al, Stern initially refused to believe that Moran would stoop to the level of betrayal and theft of data/customers given Moran's CV and experience. Only after a period of months did Plaintiffs discover the depth of malfeasance. After reviewing the missives from Defendant Moran to this Honorable Court; I have had a chance to complete additional extensive forensic investigation into what transpired as part of the allegations and facts in this lawsuit. The nature of this damage and loss from Defendant Moran's malfeasance is made more clear by the additional evidence unearthed including but not limited to evidence of how and when Moran first contacted Plaintiffs seeking to do work; the proof of Moran's accessing the secured database that Plaintiffs used to house their highly secretive valuable data; the legally confining Agreements that Moran signed obligating her to avail herself to this forum and jurisdictionally to Pennsylvania law and the surreptitiously involving herself with co-Defendants, inter alia, Spyscape, Inc,, for their collective, respective ill-gotten pecuniary gains.

I was approached by Defendant Lindsay Moran in or about May 11, 2022 per the electronic inquiry that Moran submitted to Plaintiffs' business. This exhibit establishes that Moran approached Plaintiffs. (*hereto as Exhibit "A"*). After recovering lost data breached during

the tenure that Moran worked with us, I was able to recently discover signed Agreements that Moran made with Plaintiffs (Synapse, LLC on behalf of Tactical Rabbit, LLC). Attached is a true and correct Independent Contractor Agreement E-Signature Details confirming execution May 12, 2022. (*hereto as Exhibit "B"*) Attached is a true and correct Consulting Agreement June 21, 2022. (*hereto as Exhibit "C"*) Plaintiff Stern submitted the attached June 25, 2024 report related in salient portions to the context and relationships by and between Moran and Plaintiffs. (*hereto as Exhibit "D"*) Moran collaborated with Spyscape after Moran assisted Spyscape's removal of Plaintiffs on the Spyscape website and Podcast. Stern confirmed the correlation between Moran Spyscape and notified Spyscape who wantonly ignored the pleas from Plaintiffs requesting that they remain on the Spyscape portal. See article from 10/25/2023 Intelligence Online related to Moran and Spyscape. (*hereto as Exhibit "E"*). On or about June 24, 2024, I expressed my concerns for the misconduct by Moran et al in the attached report I submitted to the FBI (*hereto as Exhibit "F", Redacted in portions*).

*[signature]*

EVERETT STERN