# EXHIBIT "D"

Everett A. Stern, M.B.A
Cell: ▓▓▓▓

06/25/2024

SAC ▓▓▓▓▓▓
FBI - Jacksonville Field Office
6061 Gate Pkwy N
Jacksonville, FL 32256

**Re: National Security Risk - Criminal Hacking Group**

I am writing to follow up on the enclosed letter from 2022 addressed to former SAC Jaqueline Maguire of the Philadelphia Field Office, which was also sent to the Inspector General of the Central Intelligence Agency. Since the original letter was written, the national security risk and threats against my family and me have exponentially increased. I am now being attacked, extorted, and blackmailed, and I am sincerely asking for your assistance.

As background, I am a public figure known primarily for being the HSBC whistleblower who stopped billions of dollars in terrorist and drug cartel financing at HSBC Bank in 2012. I recently ran for U.S. Senate as a federal candidate in the 2022 race in Pennsylvania. I am also the CEO of the private intelligence agency Tactical Rabbit, where I leverage my network of former CIA, FBI, and NSA personnel to promote justice, fight corruption, and hold criminals accountable. I have a long history of reporting actionable and credible national security threats to the U.S. Government, filling intelligence gaps from the private sector.

It is paramount that I bring to your attention a criminal hacking group composed of foreign intelligence officers operating in the United States. It is believed with a high degree of confidence that these foreign intelligence officers are Israeli. The Aracari Project is openly advertising its involvement in various criminal activities such as cyber espionage, black hat hacking including but not limited to ransomware, man-in-the-middle operations, and has stated, "We do not believe that all problems require a lawful solution." (Please see the enclosed evidence). I am escalating this to your attention because national security is being negatively impacted by this bad threat actor working group, and there is a threat to my life. Alarmingly, a disgruntled former CIA officer, Lindsay Moran, is an active member of this criminal organization.

The original letter and situation were brought to the attention of ▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓, one of the former heads of the CIA Clandestine Service. Initially, ▓▓▓▓▓ and I did not believe Lindsay Moran was part of the criminal group, thinking the Aracari Project was using her name and resume without her knowledge. However, a reporter contacted Lindsay Moran, and she admitted to being part of the group, going on record stating that the open advertisement of criminal activity should not be taken seriously. It then became very clear, with a

Enclosed: Exhibits - Evidence, 2022 FBI Letter.
CC: IG - CIA, Saint Johns County Sheriff

Everett A. Stern, M.B.A
243 Falcon Ridge Road
Saint Augustine, FL 32084
Stern@EverettStern.com
Everett.Stern@gmail.com
Cell: 202-407-5364

high degree of confidence, that Lindsay Moran, who is highly disgruntled with the CIA, is a willing participant in the illegal targeting of Americans.

This issue is both national security-related and personal. While I was a federal candidate running for U.S. Senate, my private intelligence agency, Tactical Rabbit, was destroyed, and critical and sensitive national security information was stolen via illegal computer hacking by Aracari Project group members. The Aracari Project leadership comprises William B. Ruzich, Keyson Uteley, and former disgruntled CIA officer Lindsay Moran. I recently launched a federal lawsuit against the Aracari Project members. Please see PACER - Stern v. Ruzich. The mentioned Aracari Project members have committed and continue to engage in spoofing numbers and sending me threatening text messages. These messages include extortion, blackmail, and threats to my family. One text message even mentioned the rape of my 12-year-old son. My address and stolen computer data have been posted on various Twitter sock puppet accounts. My intelligence officers know it is the Aracari Project members because they are the only ones with access to the data.

Company Offshore Alert has partnered with and is likely being paid by the Aracari Project to use their platform to illegally post private information about me. Offshore Alert is showcasing and distorting all the judgments against my company resulting from the Aracari Project attack, whereby millions of dollars were lost due to fraud and disinformation. Offshore Alert is now featuring and promoting the Aracari Project on their website and is taking federal documents, watermarking them, and reselling them to the public. Offshore Alert is profiting by claiming federal documents as their own. Every federal document on the Offshore Alert website in reference to myself and Tactical Rabbit is watermarked as Offshore Alert property.

In the text messages, I am being told to keep silent about General Flynn (I reported Flynn to the FBI and testified before the January 6th committee) and to come to Washington, D.C., to admit publicly that I am a fraud and never run for public office again, or more information about me will be released. In a brazen attack, utilizing the FBI's name illegally, several of my contractors and interns were told by Aracari Project members that I was under FBI investigation for wire fraud. My Chief of Staff, ███████, notified me that he was contacted by Aracari Project leadership, telling him a story that they were working with the FBI in cooperation with a federal investigation and that he should quit my company. Former FBI SA ██████ was notified of the situation, and a letter was written to SAC Jaqueline Maguire in 2022 (enclosed).

Enclosed: Exhibits - Evidence, 2022 FBI Letter.
CC:  IG - CIA, Saint Johns County Sheriff

Page 2 of 3

Everett A. Stern, M.B.A
243 Falcon Ridge Road
Saint Augustine, FL 32084
Stern@EverettStern.com
Everett.Stern@gmail.com
Cell: 202-407-5364

Since the FBI letter was written in 2022, the spoofing of numbers and threats to my family and me have not ceased. Americans, including myself, are being targeted, and there is a major national security risk. My personal cell is ⬛⬛⬛⬛⬛⬛. I understand the FBI is extremely busy, but the threat I am reporting is very credible. I have exhausted all options. Thank you for your time, help, and consideration.

Sincerely,

*[signature: Everett Stern]*

Everett A. Stern, M.B.A.
CEO & Intelligence Director
Tactical Rabbit
Fmr. U.S. Senate Candidate
United States of America

Enclosed: Exhibits - Evidence, 2022 FBI Letter.
CC: IG - CIA, Saint Johns County Sheriff

Everett A. Stern, MBA
60 Pottstown Pike, Suite 8
Chester Springs, PA 19425

FBI
Attn: SAC Jacqueline Maguire
600 Arch Street
Philadelphia, PA 19106

*Re: Uncovering counterintelligence operations & disinformation campaigns utilizing hackers.*

Through the use of our Intelligence-based tactics, techniques, and procedures, coupled with enhanced due diligence, National Security risks were revealed. With a high degree of confidence, Michael T. Flynn through an Intelligence Officer proxy and Sock-puppets are, committing Federal Offenses including but not limited to: Espionage, Cyber Attacks, Extortion, Harassment, Disinformation, Denigration Campaigns, and Threatening Human Life.

This letter serves as a duty to warn the USG, specifically the Central Intelligence Agency and the Department of Justice. Based on professional analytical assessment, an intelligence officer or witting asset is working against the USG in parallel with a Flynn-backed group providing false information to the FBI. The false reporting to the FBI is to trigger a DOJ investigation against a recent U.S. Senate Candidate and Public Figure as part of a retaliation campaign for providing testimony to the January 6th Committee regarding General Flynn presenting a domestic terror threat by showcasing a number of pre-incident indicators (terrorist attack cycle) that a domestic attack was being planned in the United States.

For background and understanding, Everett A. Stern ran for U.S. Senate in the 2022 Elections for the Commonwealth of Pennsylvania. Mr. Stern is a Businessman, Political Candidate, and Whistleblower owning a Private Intelligence Agency, Tactical Rabbit, specializing in National Security. Everett Stern was the HSBC Bank Whistleblower stopping and reporting Billions of dollars of terrorist and drug cartel money to the FBI and CIA from 2010-2012. Out of outrage stemming from the negative outcome of the HSBC banking scandal, Mr. Stern formed Tactical Rabbit a Private Intelligence Agency mission focused on filing intelligence gaps within the USG from the private sector. Mr. Stern serves private clients but specializes in National security. There is a deep concern Will Ruzich supplied General Flynn and his associates with critical National security intelligence reports from Everett Stern's company. These reports were meant to be sent to the Central Intelligence Agency and the Federal Bureau of Investigation in a self-directed manner.

The intelligence due diligence process is yielding results; the USG national security compromise will reveal General Michael T. Flynn is behind the retaliation campaign against Fmr. U.S. Senate Candidate Everett A. Stern. Investigation without analytical leaps demonstrates Flynn is using Will Ruzich as an instrument to carry out espionage against Mr. Stern and the USG during the

time period when he was running for public office. It is believed with a high degree of confidence, Will Ruzich was furnishing material support to Flynn while Mr. Stern was providing testimony to the January 6th committee and the FBI. Ruzich is now releasing highly confidential material to the public and launched a massive denigration campaign. Threats are being issued more damaging National Security information will be disseminated. Twitter and the dark web appear to be where information is being published, but there are most likely other websites and platforms we are unaware of. In regards to confidential information being released, a comment was made on Twitter "Christmas is coming early." "There is a big surprise coming for John Sipher and Everett Stern."

Fmr. Clandestine Service ▓▓▓▓▓▓ was mentioned on a what is believed to be a Flynn-controlled Twitter account, along with an account controlled by Will Ruzich. A massive Cyber attack was launched against Mr. Stern's company and confidential/proprietary information stolen. Based on the Twitter threat where ▓▓▓▓ name came up it is very possible communications between ▓▓▓ and Stern will be revealed publicly. The other person that may have communications comprised is ▓▓▓▓▓▓▓▓ as part of this hacking attack. Both ▓▓▓▓ nd ▓▓▓ are seen by Flynn as enemies. The tweet that was showcased by the Flynn Bot and Will Ruzich was an older tweet by ▓▓▓▓ "Everett was the HSBC Whistleblower and is an honest guy." It is an odd and disturbing set of communications for Will Ruzich to be posting about Everett Stern and a member of the Senior Intelligence Service of the Central Intelligence Agency. The relationship and communications between Everett Stern, ▓▓▓▓▓, and ▓▓▓▓▓▓▓ are the senior intelligence heads mentoring Mr. Stern and providing positive leadership advice. There is a strong concern that the relationships and email communication of Mr. Stern connections will be leveraged and used to try to silence Mr. Stern from voicing the allegations with General Flynn. Nothing negative may happen to ▓▓▓▓▓ or ▓▓▓▓▓▓▓▓, but based on the illegal behavior and the extreme denigration campaign launched - Mr. Stern has to report this incident and compromise to the USG. Mr. Stern has the highest respect for ▓▓▓▓▓ and ▓▓▓▓▓▓▓▓; therefore, there is a responsibility to report out-of-protective measures. Many false threats are made on social media, but this may be a pre-incident indicator affecting Everett Stern or ▓▓▓▓▓ Any possible extortion attempt must be thwarted, especially when a potential foreign operative or witting asset is involved. A number of Mr. Stern's highly confidential and personal connections have been named on Twitter by Flynn's proxies. There is only one way they would have ascertained Mr. Stern's information: Will Ruzich.

Will Ruzich is intentionally placing Mr. Stern's life in harm's way by posting "target photos" of on Twitter, where Hamas or Hezbollah will take great interest. Will Ruzich publicly and shockingly shared one of these "target photos" with Joe Flynn on Twitter. The link between various Flynn Bot sock puppet accounts and Will Ruzich is explained in the background section. Most of the material Will Ruzich has stolen is via cyber hacking. It is believed Will Ruzich is working with an associate of his that conducts illegal cyber crimes Kyeson Utley ▓▓▓▓▓

It is an accurate assessment Will Ruzich poses a significant counterintelligence risk specifically to the Central Intelligence Agency (Details in background section.) Will Ruzich told Everett Stern that he was in the process of CIA recruitment. Ruzich spoke with a fmr. CIA officer that is a contractor for Mr. Stern in what we believe was an attempt to illegally elicit information.

With a high an extremely high degree of confidence, Will Ruzich is working for Flynn and is a witting asset for a foreign government or an intelligence officer working against the United States. Based on the attached evidence, statements, and travel pattern, and outward-leaning allegiance, he is most likely assisting Israeli Intelligence. At the end of September 2022, Ruzich sent Everett Stern a signal message stating "I am meeting connections in Norway, Switzerland, Israel, Jordan, and Egypt." Will Ruzich mentioned to Stern that the contacts he was meeting in Israel were "IDF buddies I used to work with." It is unknown who Will Ruzich met with while in Jordan and Egypt. Upon further investigation, the subjects travel pattern is consistent with a right wing group called the Warrior Poets Society. On or about October 20th, 2022 Ruzich sent another signal message to Everett Stern stating, "I have to take a polygraph at an undisclosed location. I will not be available for a while." A major red flag was raised as the travel pattern before a polygraph was not congruent with someone who was a recruit for the CIA's clandestine service. Will Ruzich is possibly impersonating a CIA Recruit or having an affiliation to the CIA. The concern is that Will Ruzich is misrepresenting himself to people to gather intelligence or he is an Agent of Influence penetrating the CIA and gathering intelligence against the USG. It is understood the CIA has rigorous protocols to prevent and mitigate counterintelligence risk, but it is possible Will Ruzich is early in the process where foreign connections have not been uncovered. Combining all the factors present it is can reasonably be assessed that Will Ruzich is with a high degree of confidence, conducting some form of espionage against the United States. Once it was determined Will Ruzich was a threat his emails were opened and communications with IDF members were discovered. Will Ruzich discusses a monetary exchange of about $10,000 in one of the communications with a foreign national. (See Exhibits).

On October 26th 2022 Everett Stern appeared in Tampa Federal Court for a hearing with General Flynn. Upon returning from the hearing the next day Mr. Stern received a text message from intern ████████ ████████ notified Mr. Stern she was quitting the internship and there was to never be any communication again. Mr. Stern was in shock as he mentored this individual and had a positive relationship. Within (24) hours, all of the interns quit, and all cut communications with Mr. Stern. ████████ the business administrator stated to Everett Stern, "Will Ruzich called him explaining Mr. Stern is under DOJ investigation for wire fraud. There is an ongoing investigation. Quit or you can be arrested by the FBI." Mr. Stern hired a private investigator who then called ████ ███ and ████████. It was confirmed by both individuals that Will Ruzich told them similar stories. Will Ruzich then sent Everett Stern a message on Signal "I am not who you think I am. Good luck chasing a ghost…"

Immediately after Mr. Stern lost his entire intern class of (5) people the notoriously known Flynn Bot account @Winkie_Doo began publishing highly sensitive tweets about Mr. Stern. An investigation will prove Will Ruzich provided National Security and personal information to the

Flynn Org. Will Ruzich is personally on twitter operating under the twitter handle @FiberMike1 (All tweets are in the evidence section.) Will Ruzich is using disinformation and posting photos of Everett Stern that can place him in physical danger. The illegal disinformation is harming Mr. Stern's reputation and business geared towards helping private sector clients and the USG.

On November 1st, 2022 Everett Stern received a notification from a current client ▮▮▮▮▮ (See background information). ▮▮▮ told Mr. Stern she was receiving threatening, harassing, and extortion calls from Audrey Kramer. Stelly stated, "Everett I am armed and I will defend myself. These people are also coming after you and you need to watch your back." Upon further inquiry, she said "Audrey Kramer is working with a few other people and she got your client list from a source close to you." It can be reasonably concluded Will Ruzich stole Everett Stern's confidential and proprietary client list and then distributed it to a Flynn-backed group looking to cause Mr. Stern harm. Stelly was in fear for her safety and clearly said she was threatened by Audrey Kramer to file a false report to the FBI against Mr. Stern. ▮▮▮ was being harassed because she was not defrauded and refused to file a false complaint. ▮▮▮ alerted Everett Stern that Audrey Kramer, Will Ruzich, and the rest of the Flynn backed group were calling every one of Mr. Stern's clients trying to trigger DOJ investigation based on fraudulent facts. (See background section/evidence / HUMINT report)

**Factual Background**

- General Michael T. Flynn is suing Everett A. Stern for $250 Million in a Defamation of Character Suit. Mr. Stern recently filed a counterclaim against Flynn for $250 Million.

- Everett Stern provided testimony to the January 6 committee regarding a blackmail and extortion scheme by Gen. Flynn. A paramilitary group called the Patriot Caucus led by Michael T. Flynn orchestrated a massive effort to illegally push for audits to overturn the election in favor of Donald Trump. Flynn's group believes that President Biden is a National Security risk. One of Flynn's operatives Velma Anne Ruth told Stern "We will accomplish the mission by any means necessary including the use of Domestic Terrorism."

- William B. Ruzich ▮▮▮▮▮▮▮▮▮▮ 1989. Current Address 314 Mockingbird Lane, Waterloo IL 62298 ▮▮▮▮▮▮▮▮▮▮▮. Expert in Hacking, Data engineering, social engineering, OSINT, APT Attacks, Malware Attack Vectors, Phishing Methods. Expert level in Opsec, Tradecraft, and CIA Intelligence Methodologies. Masters Degree Arizona State University Present Tempe Arizona. Languages English / Dutch. IP Address last seen ▮▮▮▮▮▮▮ Operates the front company, Orange Jungle Studio Account ▮▮▮▮▮ Routing ▮▮▮▮▮ Bank of America. Launders money for fiancé. Income is supposedly generated from donations and sponsors on Instagram. Fiancé name Unknown, but is Dutch and travels in and out of the U.S. on Visa.

- The Warrior Poets Society is a right wing extremist group that trains heavily to prepare Americans "To fight for a higher purpose." The website discusses its members need to penetrate the USG.

- The intern class was comprised:
    - India Towers social security number ▓▓▓▓▓. Date of birth ▓▓▓▓. With an address of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Phone ▓▓▓▓▓. Claims to have a top secret clearance. As a Masters and applied intelligence from Mary hurst University in Erie Pennsylvania graduated May 2022. She worked for the US marshal services and intern at one point in time.
    - ▓▓▓▓▓▓. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date of birth is ▓▓▓▓▓. He lives at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Phone number is ▓▓▓▓▓▓. ▓▓▓▓ is a U.S. Air Force or source intelligence analyst.
    - ▓▓▓▓ her ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ of ▓▓▓▓▓▓▓▓ She lives it ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ she is attending out of Alverina University and Reading Pennsylvania the criminal justice degree graduated in December 2022.
    - ▓▓▓▓▓. ▓▓▓▓▓▓▓▓▓ hone number is 828-577-6316 Theresa graduated Chapel Hill University and political science.

- Twitter Handle @Winkie_Doo is a known Flynn Bot / Sockpuppet account dedicated to attacking Everett A. Stern. The account focused all efforts on spreading Disinformation about Stern once the Flynn Blackmail and Extortion plot was made public. The true owner of @Winkie_Doo is Unknown in our professional judgement based on the timing of the disinformation attacks on Stern and the nature of the posts it can be accurately assessed the Twitter handle is controlled by Flynns Digital Soldiers. @Winkie_Doo is now releasing confidential, sensitive, and National Security information that Will Ruzich hacked. Investigation will show Michael T. Flynn - @Winkie_Doo - @FiberMike1 - Will Ruzich are linked with a strong association.

- The Flynn Backed "Consumer" Group is comprised of four individuals: Nkiruka G. Udodi, Tony (Anthony) Beaman, Perri Sands, and Audrey Kramer. This group is highly organized and coordinated. According to ▓▓▓ they are having weekly "Hate Everett Stern calls." I have received several threatening text messages and phone calls. The group is not capable of operating with the degree of sophistication shown unless Flynn was involved. The HUMINT evidence shows in greater detail Flynn's involvement. Udodi recorded all the confidential federal hearings with the judge and also had the rest of the Flynn group on speakerphone. Tony Beaman notified Mr. Stern about the illegal recordings of a Federal Judge in a text message. On the surface this group appears to be angry consumers that did not get the outcome they wanted. In-depth investigation will show that General Flynn is involved. Udodi's lawsuit was public record so Flynn was able to identify someone to approach. The group was formed shortly after Everett Stern went public against Flynn. In a HUMINT intelligence operation conducted by Tactical Rabbit intelligence officers, it became evident that Flynn was involved. (See HUMINT reports)

In no way Mr. Stern wants to present a conspiratorial argument, but if these are simply an organized group of disgruntled consumers then they should still be operating within the law. Calling and threatening my clients and Mr. Stern with harm is illegal. Any grievances with Everett Stern are civil, not criminal, and they are welcome to file a lawsuit with an attorney or pro se. The Flynn-backed group was formed only after Mr. Stern went public against Flynn. In HUMINT operations, Flynn is mentioned several times, and the group discusses with a Tactical Rabbit intelligence officer (UC) that they are going to confront Everett Stern. Udodi's case was public at the time of the Flynn situation so we believe with a high degree of confidence that Flynn org approached Udodi. There is a high degree of coordination and sophistication of this Flynn-backed group. Four of Mr. Sterns's past clients, some of whom are from years ago, have banded together to take down Mr. Stern and cause financial, reputation, and physical harm. The degree of hostility, anger and risk-taking behavior to harm Mr. Stern does not make logical sense.

- Nkiruka G. Udodi ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Phone ▓▓▓▓▓▓, Email ▓▓▓▓▓▓▓▓ (See Full Report. Accountant and close relative Indicted for Securities Fraud in NJ. Her occupation is Nurse, but has an insurance license and companies in NJ and Texas. Operates a Nigerian Import / Export nonprofit called Hello International. Previous litigation with Stern. Initially sued for 3 million in the Eastern District of PA and then settled for 8k in Federal Court in a confidential settlement agreement. Udodi and Audrey Kramer are the two leaders of the group. There is a Flynn connection as seen in HUMINT reports in the Exhibit section.)

- Perri Sands ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓. Convicted of Forgery. Also resides in Brooklyn, NY. Sands teaches classes on "Consumer Protection," where she instructs students on how to defraud companies by filing false reports with the Attorney General, aiming for a settlement in arbitration. (See HUMINT report for actual copies of fraudulent checks.)

- Anthony P Beaman ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Runs the Millennium Franchise Group. A previous client of Stern. Told Mr. Stern, "I have access to Ukrainian and Russian Hackers. I want to use them against the company, the lawyers, and Bank of America." Stern contacted the FBI and the situation was escalated to the FBI Cyber threat center in North Carolina. A FBI Special Agent contacted Everett Stern and told Everett Stern to put the client in a holding pattern as this was run down. Significant work was done for the client so the client was invoiced out and the relationship eventually terminated. Tony Beaman has been harassing and threatening Mr. Stern's life via text messages and phone calls numerous times since the termination of the agreement. (See Full Intelligence Report in Exhibit Section)

- Audrey Kramer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Previous client of Sterns that had her house foreclosed on in 2008. Kramer filed pro se lawsuits against JP Morgan and the law firm representing JP Morgan. Kramer hired Stern to get Jamie Dimon's office to respond to her and possibly get her house back. Stern made it very clear to Kramer that the chances of getting her house back from 12 years ago was very very slim. Kramer wanted Stern as a public figure to get the executive office to respond nonetheless. Stern was able to get the executive office to respond and hear Kramer out, fulfilling his obligation, but the judge ultimately ruled against her.

- ██████████████████████████████ is one of Sterns current clients. The Flynn Backed group, specifically Audrey Kramer called her numerous times trying to get her to file a false FBI report against Stern. ██ refused as she did not feel Stern did anything wrong. █████ told Mr. Stern "You need to be very careful. These people are coming for you. They are looking to do you harm. She was told by Audrey Kramer that Kramer was given the Tactical Rabbit client list by a contractor that worked for Stern. Kramer and the Flynn-backed group were calling all the clients, trying to get them to file false FBI reports to trigger a DOJ investigation and various lawsuits. The individual that gave the list to the clients was William Ruzich.

I am deeply concerned for my safety and the numerous risks posed to the USG by Flynn, Proxies, and Will Ruzich. If Will Ruzich is part of the Intelligence Community then he is in absolute violation of numerous Intelligence Community Directives. I kindly ask for a full in-depth investigation into this matter.

I can be reached on my cell phone ██████ and at ████████████. I will assist in any way possible to help protect the United States. Thank you for your time and help.

Sincerely,

Everett A. Stern, M.B.A.
CEO & Intelligence Director
Fmr. U.S. Senate Candidate
United States of America
www.TacticalRabbit.com / www.EverettStern.com
████████████████
████████████

### Exhibit A: William Ruzich and Lindsay Moran Involvement



### Exhibit B: Extent of Kyeson Utley's Involvement (Update: Ceased as of March 12, 2024)

**Mr Kyeson Utley** CEASED

Correspondence address
**128 City Road, London, United Kingdom, EC1V 2NX**

| Notified on | Ceased on | Date of birth | Nationality |
|---|---|---|---|
| **25 October 2022** | **12 March 2024** | **October 1995** | **American** |

Country of residence
**United States**

Nature of control
**Ownership of shares – 75% or more**

**Ownership of shares – 75% or more with control over the trustees of a trust**

**Ownership of shares – 75% or more as a member of a firm**

**Ownership of voting rights - 75% or more**

**Exhibit C: Evidence of Advertisement Stating "Going Beyond Legal Solutions"**

# Spotlight | United States
# Former CIA officer headlines new private intelligence firm The Aracari Project

The firm advertises that it will go beyond lawful solutions. [...]



**Exhibit D: Advertisement of "Seasoned BlackHat Hackers"**



**Exhibit E: Original Leadership Team of Aracari, Including Kyeson Utley**



**Exhibit F: Statement of Illegal Activity**

# About

The Aracari (ärə'särē) Project is a British-American Private Intelligence Agency, or PIA, with offices in both The United Kingdom & The United States. Here, we reject the notion that all problems require a lawful solution. Your adversaries don't play by the rules, & neither do we. We are strictly results driven.

We at The Aracari Project launch complex intelligence operations that are custom tailored to your unique situation. Our methods employ CIA & MI6 tradecraft to provide the most precise accuracy when carrying out our operations. We offer free consultations so that you can tell us about your situation and ask us any questions you may have so that we may address your concerns to the fullest.

**Exhibit G: Original Company Description With Statement of Illegal Activity**

## The Aracari Project
@AracariProject

The Aracari (ärə'kärē) Project is a British-American Private Intelligence Agency. Here, we reject the notion that all problems require a lawful solution.

🗂 Professional Services   ⊙ London, United Kingdom   🔗 aracariproject.co.uk
📅 Joined November 2022

**162** Following   **7** Followers

Not followed by anyone you're following

**Exhibit H: Contractors Previously or Currently Employed by Aracari**

