# EXHIBIT "E"

**INTELLIGENCE ONLINE**
It's all about tradecraft

25/10/2023

UNITED STATES

Copy exclusively for Matt BERNARDINI - Subscriber # AA057599

# Former CIA officer headlines new private intelligence firm The Aracari Project

The firm advertises that it will go beyond lawful solutions.

A former **CIA** officer has quietly become affiliated with a new corporate intelligence company that claims to reject the notion that all problems require a lawful solution. **Lindsay Moran** is the Director of Human Intelligence (HUMINT) operations at **The Aracari Project**, a new British company that also has an office in the United States, according to its website.

In a now deleted **Twitter** bio, The Aracari Project advertised itself by saying "we reject the notion that all problems require a lawful solution". According to a screenshot, the company's original **LinkedIn** biography also said "your adversaries don't play by the rules & neither do we. We are strictly results driven."

The company boasts on its website that its team consists of prior military intelligence, former clandestine officers and ex-black hat hackers. The services on offer include cryptocurrency tracing, cyber fraud investigations, vulnerability assessment, and OSINT reports, particularly on the dark web.

## Employees and Activities

Moran previously served as a CIA operative in Macedonia until she resigned from the agency in 2003. She also served as the Head of Communications for the **Center for Countering Digital Hate**, a London-based non-profit which seeks to combat online misinformation. Twitter sued the organisation in late July, claiming that it made false claims about the social media company's refusal to remove hate speech.

Intelligence Online - 142 rue Montmartre - 75002 Paris, France - Tel: +33 1 44 88 26 10
client@indigo.fr - Intelligenceonline.com

Copy exclusively for Matt BERNARDINI - Subscriber # AA057599



Aracari is also led by **Kyeson Utley**, a former pen tester and certified ethical hacker. According to his LinkedIn bio, he was previously the head of the Texas-based cybersecurity firm **SpookyGood**. That company said it specialised in pen testing, cyber investigations and digital forensics.

In March, SpookyGood received $5,000 from the **Protect Our Florida Values PAC**, which is associated with Florida state Republican Representative **Jason Shoaf**. The payment was for political consulting, according to campaign finance records.

In June, Utley and The Aracari Project prepared a report for victims of **VBit Technologies**, a Philadelphia-based cryptocurrency company that has been accused of running a Ponzi scheme. VBit's CEO, **Don Vo**, has reportedly disappeared.

In the report, Utley said that he created his own tracing tool, and that the software only exists at The Aracari Project.

Rounding out the leadership team is **William Ruzich**, who is listed as the director of intelligence operations. Ruzich and Moran previously crossed paths at the private intelligence company **Tactical Rabbit**.

© *Copyright Intelligence Online.*
*Reproduction and dissemination prohibited (Intranet...) without written permission - 109992336*



Publication edited by
Indigo Publications (Paris, France)
Published on IntelligenceOnline.com (Commission paritaire 1225 Z 92895)

Intelligence Online - 142 rue Montmartre - 75002 Paris, France - Tel: +33 1 44 88 26 10
client@indigo.fr - Intelligenceonline.com