## CERTIFICATE OF SERVICE

    I, Mark T. Sophocles hereby certify that I have this 17 day of October, 2024 caused to be served a true and correct copy of the foregoing Response in Opposition to Motion to Dismiss, using the CM/ECF system and served upon all parties registered for the CM/ECF system in this case.

*/s/ Mark T. Sophocles*

Mark T. Sophocles, Esq.
PA Atty ID #74998
21 Industrial Blvd, Suite 201
Paoli, PA 19301
(610) 651-0105
(610) 651-0105
mark@marksophocles.com