IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN, TACTICAL RABBIT, INC.,**<br>**Plaintiffs,**<br><br>v.<br><br>**WILLIAM RUZICH, LINDSAY MORAN, KYESON UTLEY, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, ARACARI PROJECT, SPYSCAPE ENTERTAINMENT,**<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  24-1222 |

## ORDER

**WHEREAS** on July 1, 2024, Plaintiffs Everett Stern and Tactical Rabbit, Inc. filed a Motion for Leave to File an Amended Complaint (ECF No. 15).  Nowhere in Plaintiffs' Motion, which included as exhibits the Amended Complaint and a proposed Order, did they ask the Court to deem the Amended Complaint filed upon granting the Motion;

**WHEREAS** on July 3, 2024, the Court granted Plaintiffs' Motion for Leave to File an Amended Complaint (ECF No. 16);

**WHERAS** Plaintiffs have not since filed the Amended Complaint.  As a result, the original Complaint (ECF No. 1) remains the operative pleading until such time Plaintiffs file the Amended Complaint.  *See Garrett v. Wexford Health*, 938 F.3d 69, 82 (3d Cir. 2019) ("In general, an amended pleading supersedes the original pleading and renders the original pleading a nullity.  Thus, the most recently *filed* amended complaint becomes the operative pleading." (citations omitted and emphasis added));

**WHEREAS** on July 24, 2024, Defendants David Marchant and KYC News, Inc. (d/b/a Offshore Alert) filed a Motion to Dismiss the Amended Complaint (ECF Nos. 20, 21, and 22) in

which they noted that "Plaintiffs have failed to file an operative copy of the Amended Complaint following this Court's Order granting Plaintiffs leave to file the Amended Complaint."  Despite identifying this issue, Defendants did not move to dismiss the original Complaint in the alternative;

**WHEREAS** on August 19, 2024, in light of Plaintiffs' failure to timely file a response the Court granted as uncontested, Defendants David Marchant's and KYC News, Inc. (d/b/a Offshore Alert)'s Motions to Dismiss the Amended Complaint and dismissed those Defendants from the case (ECF No. 23).  Given that there was no Amended Complaint filed on the docket this Order was in error;

**WHEREAS** on September 9, 2024, Defendant Spyscape Entertainment filed a Motion to Dismiss the Amended Complaint (ECF No. 24) in which it similarly pointed out that "Plaintiffs did not actually file the Amended Complaint."  But it too did not alternatively move to dismiss the original Complaint;

**WHEREAS** on September 28, 2024, Defendant Lindsay Moran, proceeding *pro se*, filed a Motion to Dismiss the Amended Complaint (ECF No. 31); and,

**WHEREAS** in sum, Defendants David Marchant, KYC News, Inc. (d/b/a Offshore Alert), Spyscape Entertainment, and Lindsay Moran all moved to dismiss the Amended Complaint instead of the original, operative Complaint.  Accordingly, their Motions are procedurally improper as they are aimed at the wrong pleading.  *Cf. Garrett*, 938 F.3d at 82.

**ACCORDINGLY**, this 29th day of October, 2024, **IT IS HEREBY ORDERED** that the Clerk of Court shall **VACATE** ECF No. 23.  The Clerk of Court is further **DIRECTED** to **REOPEN** this matter with respect to Defendants David Marchant and KYC News, Inc. (d/b/a Offshore Alert).

It is further **ORDERED** that Defendants David Marchant's and KYC News, Inc. (d/b/a Offshore Alert)'s Motion to Dismiss (ECF No. 20), Defendant Spyscape Entertainment's Motion to Dismiss (ECF No. 24), and Defendant Lindsay Moran's Motion to Dismiss (ECF No. 31) are all **DENIED WITHOUT PREJUDICE.**

It is further **ORDERED** that if Plaintiffs seek to file the Amended Complaint attached to ECF No. 15 along with any exhibits referenced therein, they shall do so **on or before November 1, 2024.**

Finally, it is **ORDERED** that Defendants David Marchant, KYC News, Inc. (d/b/a Offshore Alert), Spyscape Entertainment, and Lindsay Moran shall file an Answer, move to dismiss, or otherwise respond to the operative Complaint as of November 2, 2024 **on or before November 15, 2024.**

                                        BY THE COURT:


                                        /s/Wendy Beetlestone, J.
                                        _____
                                        **WENDY BEETLESTONE, J.**