# EXHIBIT "4"

T0001

News | John Fetterman | Pennsylvania | Midterms | Midterm Elections

# Independent Candidate Drops out, Backs Fetterman: 'Democracy at Risk'

Published Oct 25, 2022 at 7:16 PM EDT



By **Jake Thomas**
Night Reporter

FOLLOW

 24 

Stern, a self-described whistleblower who owns private intelligence firm Tactical Rabbit, said in a different video shared to Twitter that it was "unacceptable" for Oz to also receive backing from Trump's former national security adviser Michael Flynn.

Stern previously withdrew from the Republican primary for Senate and said that Flynn had filed a $250 million federal defamation lawsuit against him in May. The lawsuit, filed in Florida district court, targets Stern for his previous remarks calling Flynn a traitor who headed a domestic terrorist group.



NEWSLETTER
## The Bulletin

Your daily briefing of everything you need to know

Email address

**SIGN ME UP**

By clicking on SIGN ME UP, you agree to Newsweek's Terms of Use & Privacy Policy. You may unsubscribe at any time.

The former candidate said in October 2021 that representatives of Flynn had approached him with the aim of drumming up support for "audits" of the presidential election. Stern described the audits as baseless and designed to back up Trump's exhaustively debunked claims that the 2020 presidential was rigged in favor of President Joe Biden.

Jersey to Pennsylvania.

READ MORE

- Fetterman, Oz can unravel each other by leaning on these issues →
- Fetterman holds lead ahead of lone debate as Oz continues to gain ground →
- How Joe Biden's approval rating compares to Trump's 2 weeks before midterms →

The race has tightened over concerns of potentially lingering effects from a stroke Fetterman experienced in May, however, and Oz's criticisms of the Democrat's positions on crime and the economy. Fetterman released a letter from his doctor last week saying the candidate is "recovering well" and "can work full duty in public office."

Fetterman and Oz square off in Harrisburg on Tuesday at 8 p.m. local time for their only televised debate.

*Newsweek* reached out to the Fetterman campaign for comment.

Request Reprint & Licensing    Submit Correction

View Editorial Guidelines

## About the writer



He's not wrong. We are at a precipice and face falling into the abyss. The choice between democracy or autocracy is what stands before us all. Democrats want to keep our democratic republic in tact, while republicans want to decimate our C...**See more**

Reply  👍 21  👎 5  ⬆

↳ 3 replies

K

**SheilaMeila**
1y ago

'Country over party'? I guess that's why he's a *former* Republican!

Reply  👍 11  👎 3  ⬆

↳ 1 reply

CS **kris640**
1y ago

I am glad not to be an agent orange supporter........I am not prepared to have anyone dictate what I say,pay homage to a dreadful man boy,lose my pride and grovel.I would hate to be on a stage where he tells the audience I kiss his behind ...**See more**

Reply  👍 5  👎  ⬆

S

Bravo!!!! Another patriot that loves our country!!!
**Carol Shore**
Reply
1y ago  👍 10  👎 5  ⬆