# EXHIBIT "5"

## INDEPENDENT CONTRACTOR AGREEMENT

This Independent Contractor Agreement ("Agreement") is entered into by and between Tactical Rabbit, Inc., with a principal place of business at 890 S. Matlack Street, Suite 460, West Chester, PA 19382 and 600 Eagleview Blvd, Exton PA 19341 (hereinafter, the "Company"), and

**NAME OF CONTRACTOR:** Ruzich, William B.

**ADDRESS OF CONTRACTOR:** ~~353 Wilcox St. Joliet IL~~ (hereinafter, the "Contractor").

**Effective Date**

The Agreement is entered into as of the date the Contractor signs the Agreement via DocuSign (the "Effective Date").

**Background**

The Contractor represents and warrant that the Contractor and all of its employees and agents are U.S. citizens with no prior criminal history and that the resumes and/or CVs provided by the Contractor to the Company are true and complete. The Contractor is not in contact with any foreign intelligence service and will report any suspicious engagement or possible elicitation by foreign nationals in an effort to understand the inner workings of Tactical Rabbit or its Contractors. The Company is in the business of providing private sector clients various services and then using a portion of those profits to fill national security gaps then pursue tier one targets and report to various USG entities. Specifically Company provides private sector clients with Intelligence, Advocacy, and Consulting Services.

**Scope of Work and Compensation**

The Contractor will perform the services, as more particularly described for each individual project in an e-mail (hereinafter, the "E-mail") sent to the Contractor from the Company which will contain the details of the project for completion (hereinafter, the "Services") and the timeline for completion of the Services. Scope of work includes but is not limited to: Gathering intelligence using OSINT, HUMINT, CYBINT, and FININT for both private and public sector clients. Actions will be carried out using CIA style tradecraft and CIA Intelligence Methodologies. A Contractor may be tasked with training, managing aspects of the Company, creating manuals, and carrying out various intelligence operations. The Contractor will devote as much productive time, energy, and ability to the performance of its duties under this agreement as may be necessary to provide the required Services as issued in E-mail in a timely and productive manner. Contractor will communicate with the Company regularly about progress the Contractor has made in performing the Services. Contractor will supply all tools, equipment, and supplies required to perform the Services, except if the Contractor's work must be performed on or with the Company's equipment.



000001

The E-mail will set forth the compensation to be paid by the Company to the Contractor. The price will be paid to the Contractor within 30 days of the Services being performed in full and to the satisfaction of the Company. The content, style, form and format of any work product of the Services performed by the Contractor shall be completely satisfactory to the Company before payment is made. Except as specified in the E-mail, the Company agrees that the Services need not be rendered at any specific location and may be rendered at any location selected by the Contractor.

**Company Ownership of Contractor's Work**

The Services have been specially ordered and commissioned by the Company. To the extent the Services include materials subject to copyright, the Contractor agrees that the Services are done as "work made for hire" as that term is defined under U.S. copyright law, and that as a result, the Company will own all copyrights in the Services. The Contractor will perform such Services in a diligent and workmanlike manner and in accordance with the timeline for completion, if any, set forth in the E-mail. The Contractor hereby grants the Company the sole and unlimited right, but not the obligation, to use and to license others the right to use the Contractor's work product. The Contractor may not under any circumstance distribute or make public any Services hence Work Product. The Contractor must provide the Company all Service related work at the end of the assignment including but not limited to any supporting documentation to complete the Service.

**Relationship of the Parties**

The Contractor enters into this Agreement as, and shall continue to be, an independent contractor. All Services shall be performed only by the Contractor and the Contractor's employees or agents. Under no circumstances shall the Contractor, or any of the Contractor's employees or agents, look to the Company as his/her employer, or as a partner, agent or principal. The Company shall not be responsible for withholding taxes with respect to the Contractor's compensation. The Contractor and its employees or agents shall have no claim against the Company or otherwise for vacation pay, sick leave, retirement benefits, social security, worker's compensation, health or disability benefits, unemployment insurance benefits, or employee benefits of any kind.

**Protection of Company Information**

The Contractor agrees that at all times during and subsequent to the performance of the Services, the Contractor will keep confidential and not divulge, communicate, or use any information provided to the Contractor by the Company (hereinafter, the "Company Information"), except for the Contractor's own use while the Services are being performed and only to the extent necessary to perform the Services. The Contractor further agrees not to cause the transmission, removal or transport of tangible embodiments of, or electronic files containing the Company Information without prior written approval of the Company.



000001

**Protection of Company Information**

The Contractor may not under any circumstance provide written reports or intelligence to the Company's client directly unless written permission is given. The Contractor must protect, guard, and keep strictly confidential the names of other Contractors in the Company. The Contractor must not under any circumstance provide any Company Information to any media outlet or a competitor.

**Company Property**

All materials, including without limitation, photographs, audio and video recordings, documents, drawings, drafts, notes, designs, computer media, electronic files and lists, including all additions to, deletions from, alterations of, and revisions in the foregoing (together the "Materials"), which are furnished to the Contractor by the Company or which are developed by the Contractor in the process of performing the Services, or embody or relate to the Services or the Company Information, are the sole property of the Company, and shall be returned by the Contractor to the Company promptly at the Company's request together with any copies thereof, and in any event promptly upon expiration or termination of this Agreement for any reason. The Contractor is granted no rights in or to such Materials or the Company Information, except as necessary to fulfill its obligations under this Agreement. The Contractor shall not use or disclose the Materials or the Company Information to any third party.

**Return of Property**

Within (5) days of the expiration or earlier termination of this agreement, the Contractor shall return to the Company, retaining no copies or notes, all Company products samples, models, property, and documents relating to the Company's business including reports, abstracts, lists, correspondence, information, computer files, computer disks, and other materials and copies of those materials obtained by the Contractor during and in connection with its work with the Company. All files, records, documents, blueprints, specifications, information, letters, notes, media lists, original artwork or creative work, notebooks, and similar items relating to the Company's business, whether prepared by the Contractor or by others, remain the Company's exclusive property.

**Use of Trademarks.**

The Contractor may use, reproduce, and distribute the Company's service marks, trademarks, and trade names (if any) (collectively, the "Company Marks") in connection with the performance of the Services. Any goodwill received from this use will accrue to the Company, which will remain the sole owner of the Company Marks. The Contractor may not engage in activities or commit acts, directly or indirectly, that may contest, dispute, or otherwise impair the Company's interest in the Company Marks. The Contractor may not cause diminishment of value of the Company Marks through any act or representation. The Contractor may not apply for, acquire, or claim any interest in any Company Marks, or others that may be confusingly similar to any of them, through advertising or otherwise. At the expiration or earlier termination of this agreement, the Contractor will have no further right to use the Company Marks, unless the Company provides written approval for each such use.



00001

**Term**

The Contractor's obligations hereunder may be terminated at any time, with or without cause, without liability or continuing obligation of the Company, upon written notice by the Company to the Contractor and provided, further, that the provisions of this Agreement relating to Non-Disclosure, Confidentiality, Non-Solicitation, payment of fees for Services, indemnification and contribution, governing law and agreement to arbitration will survivetermination of this Agreement. Upon any termination, whether with or without cause, all obligations, and duties of the Company shall immediately cease.

**Non-Disclosure and Confidentiality**

The Contractor agrees to furnish the Company with all information (the "Information") that the Company may reasonably request in connection with the Services. The Contractor represents that, to the best of the Contractor's knowledge, the Information that has been or will be made available to the Company or its affiliates by the Contractor (directly or indirectly) is or will be, when furnished, correct in all material respects and does not and will not contain any untrue statement of a material fact or omit to state a material fact. The Contractor acknowledges that during the engagement the Contractor will have access to and become acquainted with various processes, information, records and specifications owned by the Company and/or used by the Company in connection with the operation of its business including, without limitation, the Company's business and product processes, methods, client lists, accounts and procedures (the "Company Information"). The Contractor agrees that the Contractor will not disclose any of the aforesaid Company Information, directly or indirectly, or use any of them in any manner, either during the term of this Agreement or at any time thereafter, except as required in the course of this engagement with the Company. Company Information also includes information relating to the Company or its current or proposed business, financial statements, budgets and projections, customer identifying information, potential and intended customers, employers, products, computer programs, specifications, manuals, software, analyses, strategies, marketing plans, business plans, files, records, documents, information, letters, notes, notebooks, and other confidential information, provided orally, in writing, by drawings, or by any other media. Any similar items relating to the business of the Company., whether prepared by the Contractor or otherwise coming into the Contractor's possession, shall remain the exclusive property of the Company upon the expiration or earlier termination of this Agreement.

Whenever requested by the Company, the Contractor shall immediately deliver to the Company all such files, records, documents, and other items in the Contractor's possession or under the Contractor's control. The Contractor further agrees that the Contractor will not, without the prior and specific written consent of the Company, disclose, directly or indirectly, to any third party (other than the Contractor's affiliates, employees, legal counsel, independent auditors, and other experts or agents who have a need to know such information and who are advised of, and who are obligated to maintain, the confidential nature of such information), this Agreement or any of its terms or substance or the existence of this Agreement, the Services or the Email, except to the extent such disclosure is required by applicable law, regulation or legal process.



00001

Where any securities are listed on any recognized stock exchange, the Contractor acknowledges that some or all of the Information and the Company Information may be relevant to the price or the value of securities. The Contractor agrees to not take any actions which would breach the insider trading provisions of the Securities Act of 1933, the Securities Exchange Act of 1934 or other relevant securities laws in any jurisdiction.

**Conflicts of Interest**

The Contractor represents that the Contractor is free to enter into this Agreement and that this engagement does not violate the terms of any agreement between the Contractor and any third party. The contract is not an employee of the company. During the term of this agreement, the Contractor shall devote as much of the Contractor's productive time, energy and abilities to the performance of the Contractor's duties hereunder as is necessary to perform the required duties in a timely and productive manner.

**Non-Solicitation**

For a period of (2) years following termination of this Agreement for any reason, the Contractor shall not directly or indirectly attempt to hire any employee, contractor, or consultant of the Company, assist or participate in such hiring by any other person or entity, encourage any employee to terminate his or her employment with the Company, or encourage any contractor or consultant to terminate his or relationship with the Company. The Contractor further agrees the Contractor will not hire any such employee, consultant, or contractor who has left the Company's employment or contractual engagement within (2) years of such employment or engagement.

**Consent to Arbitration**

Any controversies arising out of the terms of this Agreement or its interpretation shall be determined in Chester County, Pennsylvania in accordance with the rules of the American Arbitration Association, and the judgment upon award may be entered in any court having jurisdiction thereof. Notwithstanding the foregoing, should the Company have to enforce the Non-Disclosure, Confidentiality, and Non-Solicitation provisions, the Company may do so in any court having proper jurisdiction.

**Indemnification and Liability**

In consideration of the Agreement hereunder, the Contractor hereby agrees to defend, indemnify and hold harmless the Company and its directors, officers, employees, agents, affiliates, and contractors from and against any and all allegations, losses, claims, actions, suits, demands, damages, obligations, liabilities, settlements, judgments, costs and expenses (including without limitation attorneys' fees and costs) arising out of or in connection with the Contractor's acts, omissions, negligence, fraud and/or other misconduct.



000001
000001

**Remedy**
Money damages may not be a sufficient remedy for any breach of this section by the Contractor and, in addition to all other remedies, the Company may seek (and may be entitled to) as a result of such breach, specific performance and injunctive or other equitable relief as a remedy.

**Performance of Agreement**
The Contractor may perform its obligations hereunder either directly or through its employees or agents, and the provisions of the Agreement shall apply equally to the Contractor and its employees or agents.

This Agreement (a) has been duly executed and delivered on behalf of the Contractor and the Company and constitutes the legal, valid, binding and enforceable obligation of each such party, except to the extent that enforceability may be limited by applicable bankruptcy, insolvency, reorganization or other similar laws affecting the enforcement of creditors' rights generally or by general equitable principles or public policy considerations; (b) sets forth the entire understanding of the parties relating to the subject matter hereof and supersedes and cancels any prior communications, understandings and agreements between the parties with the exception of the E-mail from the Company to the Contractor, which is hereby incorporated; (c) may not be amended, modified or assigned except in a written instrument executed by each of the parties; (d) may be signed in counterparts (including by fax and email ), each of which shall constitute an original and which together shall constitute one and the same agreement; (e) is solely for the benefit of the Contractor and the Company, and no other person shall acquire or have any rights under or by virtue of this letter agreement; and (f) shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without regard to principles of conflicts of law.

**Severability**
If any term, provision, covenant, or restriction contained in this letter agreement is held by a courtof competent jurisdiction to be invalid, void or unenforceable or against public policy, the remainder of the terms, provisions, covenants and restrictions contained herein shall remain in full force and effect and shall in no way be affected, impaired or invalidated. The Company and the Contractor shall endeavor in good faith negotiations to replace the invalid, void or unenforceable provisions with valid provisions the economic effect of which comes as close as possible to that of the invalid, void or unenforceable provisions.

**Notices**
All notices, requests and demands to or upon the respective parties hereto to be effective shall be in writing, and, unless otherwise expressly provided herein, shall be deemed to have been duly given or made when delivered via Certified Mail return receipt requested, addressed as below, or, if notice is sent via email, notice shall be effective as of when sent to an email address used by the respective parties to send and/or respond to the "E-mail" as defined below. Notices sent via Certified Mail, return receipt requested, shall be sent to the addresses as listed above.



000001

000001

**Assignment**

Neither this Agreement nor any duties or obligations under this Agreement may be assigned by the Company or the Contractor without the prior written consent of the Contractor and the Company.

IN WITNESS WHEREOF the Company and the Contractor have executed this Agreement as of the Effective Date.

**TACTICAL RABBIT, INC.**
**Everett A. Stern**
**Intelligence Director**

William Ruzich

**SIGNATURE OF CONTRACTOR**



00001

00001

# eSignature Details

---

**Signer ID:** **M8p9qffG6xg4xykxYgkmTvyF**
Signed by: Will Ruzich
Sent to email: wruzich12@gmail.com
IP Address: 186.97.174.250
Signed at: Mar 15 2022, 4:56 pm EDT