**CERTIFICATE OF SERVICE**

I, Mark T. Sophocles, Esquire, hereby certify that I caused a true and correct copy of the

Amended Complaint with referenced Exhibits, with the Clerk of Court using the CM/ECF system

and served upon all parties registered for the CM/ECF system in this case.

Mark T. Sophocles, Esquire