IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| EVERETT STERN, *et ano.*,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>WILLIAM RUZICH, *et al.*,<br><br>　　　Defendants. | Civil Case No. 2:24-cv-01222-WB |

**STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT**

　　　WHEREAS, Plaintiffs Everett Stern and Tactical Rabbit, Inc. (collectively, "Plaintiffs") originally filed their Verified Civil Action Complaint on March 22, 2024 against, among other defendants, Spyscape Entertainment ("Spyscape");

　　　WHEREAS, on or about July 3, 2024, Plaintiff obtained leave to file an Amended Complaint;

　　　WHEREAS, Plaintiffs have agreed to extend Spyscape's time to respond to the Amended Complaint to September 9, 2024 due to Spyscape's recent retention of counsel.

　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel as follows:

　　　1.　　Spyscape shall answer or otherwise plead in response to the Amended Complaint on or before September 9, 2024.

　　　2.　　This stipulation shall not be construed as Spyscape consents to personal jurisdiction or deems service of process proper in connection with this litigation, and Spyscape expressly reserves all rights to seek dismissal of the Amended Complaint on these grounds.

| | |
|---|---|
| MARK THOMAS SOPHOCLES, LLC | HOLLAND & KNIGHT LLP |
| */s/ Mark T. Sophocles* | */s/ Benjamin R. Wilson* |
| Mark T. Sophocles, Esq. (Bar No. 74998) | Benjamin R. Wilson, Esq. (Bar No. 327118) |
| 21 Industrial Blvd., Suite 201 | 1650 Market Street, Suite 3300 |
| Paoli, Pa 19301 | Philadelphia, PA 19103 |
| Phone: 610.651.0105 | Phone: 215.252.9600 |
| Email: mark@marksophocles.com | Email: benjamin.wilson@hklaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Spyscape Entertainment* |

SO ORDERED this ____ day of _____, 2024.

_____
 Honorable Wendy Beetlestone
 United States District Court Judge