IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*, <br><br>  Plaintiffs, <br><br> vs. <br><br> WILLIAM RUZICH, *et al.*, <br><br>  Defendants. | Civil Action No. 2:24-cv-01222-WB |

**DEFENDANTS DAVID MARCHANT AND KYC NEWS, INC. T/A/D/B/A OFFSHORE ALERT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants David Marchant and KYC News, Inc. T/A/D/B/A Offshore Alert (together, the "**Marchant Defendants**"), hereby respectfully move for an Order dismissing Plaintiffs Everett Stern and Tactical Rabbit, LLC's Amended Complaint (ECF No. 41) as to all claims against the Marchant Defendants for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and failure to state a claim under Fed. R. Civ. P. 12(b)(6) (the "**Motion**").

In support of their Motion, the Marchant Defendants submit their Memorandum of Law in Support of the Motion, as well as the November 14, 2024 Declaration of David Marchant, both of which are filed concurrently herewith. A proposed order granting the Motion is attached hereto as Exhibit A.

Counsel to the Marchant Defendants will make itself available at the Court's convenience to the extent that the Court wishes to preside over oral argument.

Dated: November 15, 2024
    Philadelphia, Pennsylvania

HOLLAND & KNIGHT LLP

/s/ Benjamin R. Wilson
Benjamin R. Wilson, Esq. (Bar No. 327118)
1650 Market Street, Suite 3300

Philadelphia, Pennsylvania 19103
Phone: (215) 252-9600
Email: benjamin.wilson@hklaw.com

Richard A. Bixter Jr.
*pro hac vice*
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone: (312) 422-9032
Email: richard.bixter@hklaw.com

*Attorneys for Defendants David Marchant
and KYC News, Inc. T/A/D/B/A Offshore Alert*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing, along with the November 14, 2024 Declaration of David Marchant, with the Clerk of Court using the CM/ECF system and served upon all parties registered for the CM/ECF system in this case.

Dated: November 15, 2024
       Philadelphia, Pennsylvania

                                                      /s/ Benjamin R. Wilson

#512750980_v1