IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM RUZICH, *et al.*,<br><br>    Defendants. | Civil Action No. 2:24-cv-01222-WB |

### ORDER GRANTING MOTION TO DISMISS

AND NOW, this _____ day of _____, upon consideration of Defendants David Marchant and KYC News, Inc. T/A/D/B/A Offshore Alert's motion to dismiss Plaintiffs Amended Complaint (ECF No. 41) and Plaintiffs' response thereto, it is hereby ordered that the motion is GRANTED. David Marchant and KYC News, Inc. T/A/D/B/A Offshore Alert are dismissed from this case with prejudice.

BY THE COURT:

_____
Hon. Wendy Beetlestone
United States District Judge
Eastern District of Pennsylvania

#512750610_v1