IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*,<br><br>　Plaintiffs,<br><br>vs.<br><br>WILLIAM RUZICH, *et al.*,<br><br>　Defendants. | Civil Action No. 2:24-cv-01222-WB |

**DECLARATION OF DAVID MARCHANT IN SUPPORT OF
MARCHANT DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, David Marchant, being duly sworn, deposes and states as follows:

1.　I make this Declaration in Support of the Motion to Dismiss filed by me and KYC News, Inc. T/A/D/B/A OffshoreAlert ("**OffshoreAlert**," and together with myself, the "**Marchant Defendants**"), seeking dismissal of Plaintiffs Everett Stern and Tactical Rabbit, LLC's (together, "**Plaintiffs**") Amended Complaint, filed in the above-referenced case on November 2, 2024 (the "**Amended Complaint**"). ECF No. 41.

2.　I am an investigative journalist who is a dual citizen of the United States and the United Kingdom. I have worked for news organizations in Wales, England, Bermuda, and the United States. I am over the age of eighteen and competent to make this Declaration. This declaration is based on my personal knowledge and I am able to testify if the Court so wishes.

3.      I am a resident of Colorado, where I have lived for all times relevant to the Amended Complaint. I have never resided in Pennsylvania. I have never been to Pennsylvania, and I do not own a business that is based or operate in Pennsylvania.

4.      I am the owner and president of OffshoreAlert, which is incorporated in Florida and maintains an office there. OffshoreAlert is currently active with the Florida Secretary of State.

5.      OffshoreAlert does not maintain an office in Pennsylvania or otherwise transact business specifically with residents of Pennsylvania, other than provide subscription services to Pennsylvania residents. OffshoreAlert has no employees or assets located in Pennsylvania.

6.      Through my ownership in OffshoreAlert, I am the founder, sole owner, and editor of the website found at OffshoreAlert.com ("**OA**").[1]

7.      Among other things, since its formation in 1996, OA provides investigative news and intelligence, almost entirely via publicly available sources, concerning participants in high-value international finance.

8.      OA offers a subscription service that is equally accessible to users anywhere in the world without discrimination to their location. Other than being accessible in Pennsylvania and offering subscriptions to its residents, OA does not directly target residents of Pennsylvania. OA does not offer different pricing or terms depending on whether the potential subscriber is located in Pennsylvania versus another location. OA

---

[1]     *See* OffshoreAlert, About, available at: https://www.offshorealert.com/about/. (last visited Nov. 11, 2024).

does not have different content offerings depending on whether the potential subscriber is located in Pennsylvania. OA does not directly solicit residents of Pennsylvania for marketing or other purposes specific to that jurisdiction.

9. In fact, a substantial majority of OA's subscribers are located outside of the Commonwealth of Pennsylvania. OA's revenue is derived from subscribers throughout many countries, with a small minority of that revenue deriving from residents of Pennsylvania.

10. Over the years, OA has published articles and documents about thousands of individuals and entities around the world.

11. OA has published court documents about Plaintiffs Everett Stern and Tactical Rabbit, Inc. (together, "**Plaintiffs**").[2]

12. Publicly available court records constitute the sole source of the material on Plaintiffs that has been published on OA.

13. For example, OA has published competing defamation complaints involving Stern and Stop-the-Steal architect General Michael Flynn, multiple lawsuits and/or judgments against Stern and/or Tactical Rabbit for alleged indebtedness and/or fraud, including those filed by two U.S. casinos, namely the Valley Forge Casino Resort, in Pennsylvania, and the Borgata Casino, in New Jersey, alleging Stern wrote bad checks to obtain gambling chips; American Express for non-payment of credit cards; Federal Express for non-payment of shipping services; American Executive Services Inc. for unpaid rent; two

---

[2] *See* OffshoreAlert, "Everett Stern," available at: https://www.offshorealert.com/?s=%22everett+stern%22 (last visited Nov. 11, 2024).

clients for investigations fraud, and an action against Stern for defamation brought by "Grenada's Ambassador Extraordinary and Plenipotentary to the Russian Federation."[3]

14. OA has also posted court records, including a publicly available court docket sheet, concerning an incident occurring in March 2022 in which Stern pled guilty to disorderly conduct in the Court of Common Pleas of Chester County.[4]

15. Neither I, nor any other employee of OA, have appended commentary or other editorializing to the posts about Plaintiffs, except as to describe each court document and, in the case of the criminal action against Stern, state that certain records were sealed by the court.

16. OffshoreAlert also sponsors in-person conferences and virtual events on intelligence, investigations and recovery in high-value international finance. For example, in 2024, OffshoreAlert has or will host conferences in Bangkok, Thailand; Miami, Florida; Marbella, Spain, and London, England. Defendant William Ruzich ("**Ruzich**") spoke at an OffshoreAlert conference in December 2023 in London and in February 2024 in Bangkok, Thailand about issues related to recovery of lost cryptocurrency and other digital assets.[5] Ruzich's company, The Aracari Project, was

---

[3]   *See id.*

[4]   Commonwealth of Pennsylvania v. Everett Stern: Criminal Docket ('Disorderly Conduct'), available at: https://www.offshorealert.com/commonwealth-of-pennsylvania-v-everett-stern-criminal-docket-disorderly-conduct/ (last visited Nov. 11, 2024).

[5]   *See* Crypto Recovery and Investigations: A Deep Drive at OffshoreAlert Bangkok, Jan. 26, 2024, available at: https://www.offshorealert.com/crypto-recovery-and-investigations-a-deep-dive-at-offshorealert-bangkok/ (last visited Nov. 11, 2024).

among many sponsors for both conferences. Ruzich has not spoken at any other conference hosted by, or otherwise affiliated with, OffshoreAlert.

17.     OffshoreAlert has never hosted a conference or other event in Pennsylvania and does not intend to in the future.

18.     OffshoreAlert does not provide customized advertising or other outreach to potential attendees of its events depending on whether they are located in Pennsylvania.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania and the State of Colorado that the foregoing is true and correct.

Dated: November 14, 2024
Nederland, Colorado

_David Marchant_

6

#512670773_v1