IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM RUZICH, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-01222-WB |

### ORDER GRANTING MOTION TO DISMISS

AND NOW, this _____ day of _____, upon consideration of Defendant Spyscape Entertainment's motion to dismiss and all papers and submissions submitted with respect to such motion, it is hereby ordered that the motion is GRANTED.  Spyscape Entertainment is dismissed from this case with prejudice.

BY THE COURT:

_____
Hon. Wendy Beetlestone
United States District Judge
Eastern District of Pennsylvania

#512653484_v1