IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN,** *et al.*<br><br>vs.<br><br>**WILLIAM RUZICH,** *et al.* | NO. 2:24-cv-01222 |

### STIPULATION

Plaintiffs Everett Stern and Tactical Rabbit, Inc., and Defendants Arizona Board of Regents and Arizona State University (a non-jural entity), by and through undersigned counsel hereby stipulate and agree that Defendants Arizona Board of Regents and Arizona State University shall have an extension of twenty (20) days to respond or otherwise plead, including the filing of any motions under Rule 12, to Plaintiffs' Amended Complaint (Doc. # 41). Defendants Arizona Board of Regents and Arizona State University shall file a response or a motion under Rule 12 to Plaintiffs' Amended Complaint on or before December 4, 2024.

*Mark T. Sophocles*
_____
Mark T. Sophocles, Esq.
Mark Thomas Sophocles, LLC
Attorney for Plaintiffs

*Lee J. Janiczek*
_____
Lee J. Janiczek, Esq
Chester F. Darlington, Esq.
Lewis Brisbois Bisgaard & Smith, LLP;
Attorneys for Defendants
Arizona Board of Regents and
Arizona State University (a non-jural entity)

So Ordered this 20th day of November, 2024,

                                              **BY THE COURT:**

                                              **/s/Wendy Beetlestone, J.**
                                              _____
                                              **WENDY BEETLESTONE, J.**

148795475.1