IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, and TACTICAL RABBIT, INC<br><br>vs.<br><br>WILLIAM RUZICH, and LINDSAY MORAN, and KYESON UTLEY, and DAVID MARCHANT, and KYC NEWS, INC. t/a/d/b/a OFFSHOREALERT, and ARIZONA BOARD OF REGENTS, and ARIZONA STATE UNIVERSITY, and ARACARI PROJECT, and SPYSCAPE ENTERTAINMENT | NO. 2:24-cv-01222 |

**CERTIFICATION OF SERVICE**

I, Chester F. Darlington, hereby certify that a true and correct copy of Defendants' Motion to Dismiss was filed with the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania on the date below and served upon all counsel of record via the Court's ECF system where the Motion to Dismiss is available for viewing and downloading from the ECF system.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

Date: December 4, 2024

By: *Chester F. Darlington*
Lee J. Janiczek, Esq.
Chester F. Darlington, Esq.
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
(215) 977-4100 telephone
(215) 977-4101 facsimile
Lee.Janiczek@lewisbrisbois.com
Chester.Darlington@lewisbrisbois.com
Attorneys for Defendants
Arizona Board of Regents and
Arizona State University (a non-jural entity)