IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, and<br>TACTICAL RABBIT, INC<br><br>   vs.<br><br>WILLIAM RUZICH, and LINDSAY MORAN, and KYESON UTLEY, and DAVID MARCHANT, and KYC NEWS, INC. t/a/d/b/a OFFSHOREALERT, and<br>ARIZONA BOARD OF REGENTS, and ARIZONA STATE UNIVERSITY, and ARACARI PROJECT, and SPYSCAPE ENTERTAINMENT | NO. 2:24-cv-01222 |

### **ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants Arizona Board of Regents and Arizona State University's Motion to Dismiss and Motion for Sanctions, and Plaintiff's response thereto, it is hereby ordered that the motion is GRANTED. Arizona Board of Regents and Arizona State University are dismissed with prejudice. Plaintiffs shall pay a sanction of $1,500 for the frivolous filing of an Amended Complaint against Arizona Board of Regents and Arizona State University due to the absence of personal jurisdiction and following this Court's Order of July 1, 2024 (ECF# 14) previously dismissing Arizona Board of Regents and Arizona State University.

                                                                                  BY THE COURT:

                                                                                   _____
                                                                                   U.S.D.J.