IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM RUZICH, *et al.*,<br><br>    Defendants. | Civil Action No. 2:24-cv-01222-WB |

## REPLY DECLARATION OF MARCELLE DEVINE IN FURTHER SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Marcelle Devine, being duly sworn, deposes and states as follows:

1. I make this Declaration in further support of the Motion to Dismiss (the "**Motion**") filed by "Spyscape Entertainment" seeking dismissal of Plaintiffs Everett Stern and Tactical Rabbit, LLC's ("**Plaintiffs**") Amended Complaint in the above-referenced case (ECF No. 41).

2. I am the Director of Finance for SSHQNY LP d/b/a Spyscape ("**Spyscape**"), a limited partnership organized under the laws of Delaware that operates exclusively in New York, New York. I am over the eighteen and competent to make this Declaration. This Declaration is based on my personal knowledge, and I am able to testify if the Court so wishes.

3. I am informed by counsel that Plaintiffs allege that the "Spyscape Defendants … have consented to general personal jurisdiction in Pennsylvania." ECF No. 50 at pp. 9-10.

4. Plaintiffs' claim is inaccurate. For the avoidance of doubt, Spyscape has not consented to jurisdiction in this matter. Spyscape is also not registered to do business in Pennsylvania.

5. I am also informed by counsel that Plaintiffs allege that Spyscape has posted "negative articles pertaining to Mr. Stern's court cases" on the "Spyscape website." ECF No. 50 at p. 2; *see also* pp. 4, 6, and 20.

6. This claim is also inaccurate. Spyscape has never published on its website an "article" or any other form of journalism about Stern, much less an article discussing "court cases."

7. As I explained in previous Declaration (ECF No. 46-3 at ¶¶ 13-14), Spyscape depicted Mr. Stern's profile between April 10, 2021 and March 20, 2023. Other than the speaker profile, Spyscape's website does not reference Stern.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2024
New York, New York

_____
Marcelle Devine