IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, *et ano.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM RUZICH, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-cv-01222-WB |

**MARCHANT DEFENDANTS' SUPPLEMENTAL REPLY
IN FURTHER SUPPORT OF MOTION TO DISMISS**

Defendants David Marchant and KYC News, Inc. T/A/D/B/A Offshore Alert (the "**Marchant Defendants**") submit this supplemental reply in response to Plaintiffs' "Amended Response" (ECF No. 55) to the Marchant Defendants' Motion to Dismiss (the "**Motion**").

Plaintiffs' "Amended Response" is untimely under both the Local Civil Rules and this Court's Policies and Procedures. Local Civil Rule 7.1(c) provides that any opposition to a motion shall be filed "within fourteen (14) days of the motion and supporting brief." L. Civ. R. 7.1(c). The Court's Policies and Procedures extend the deadline to oppose a motion made under Federal Rule of Civil Procedure 12(b), as is the case with the Motion, to 21 days after service. Policies & Procedures IV(B). Plaintiffs did not comply with either rule, and their attempt to cure their untimeliness by casting their submission as "amended" is without basis.

The Marchant Defendants filed and served the Motion on November 15, 2024. *See* ECF No. 45. Under the rules above, Plaintiffs were required to file their opposition by December 6, 2024. They failed to do so on that date, despite timely opposing another defendant-movant's motion. *See, e.g.*, ECF No. 49. As a result, the Marchant Defendants submitted a short submission, noting Plaintiffs' non-opposition. ECF No. 53. That filing seemingly prompted Plaintiffs' belated,

"Amended Response" of December 11, 2024.  ECF No. 55.  But their Amended Response did not *amend* anything, it simply swapped "Marchant Defendants" with another defendant's name in Plaintiffs' previously-submitted opposition.

The Court has afforded Plaintiffs ample opportunity to conform to the Court's rules and procedures.  *See United States v. Eleven Vehicles, Their Equip. and Accessories*, 200 F.3d 203, 214 (3d Cir. 2000) ("Local court rules play a significant role in the district courts' efforts to manage themselves and their dockets."); *cf. Weitzner v. Sanofi Pasteur Inc.*, 909 F.3d 604, 614 (3d Cir. 2018) (holding that it is "beyond question that the District Court has the authority to strike filings that fail to comply with its local rules.").  Plaintiffs continued non-conformity, respectfully, should not be countenanced. *See Ayala v. Tasty Baking Co.*, CIVIL ACTION No. 22-3849, 2024 WL 3889089, at *2-3 (E.D. Pa. Aug. 21, 2024) (striking opposition to motion for summary judgment because "the failure to follow [the Local Rules] is not just a violation of a small formality or technicality") (Beetlestone, J.); *Introcaso v. Bennis*, No. 07-3726, 2008 WL 2845385, at *1 n. 3 (E.D. Pa. July 21, 2008) (striking untimely opposition to motion to dismiss).

Moreover, Plaintiffs' "Amended Response" presents nothing new.  It recites the same points and arguments that the Marchant Defendants have demonstrated are insufficient to carry either Plaintiffs' jurisdictional or pleading burden to survive dismissal under Fed. R. Civ. P. 12(b)(2) and 12(b)(6).  *See generally* Marchant Defendants' Motion at ECF No. 45 and Reply at ECF No. 53.

For these reasons and those in the Motion and Reply, the Marchant Defendants respectfully renew their request for their dismissal from this action.

Dated: December 18, 2024
Philadelphia, Pennsylvania

HOLLAND & KNIGHT LLP

/s/ Benjamin R. Wilson
Benjamin R. Wilson, Esq. (Bar No. 327118)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone: (215) 252-9600
Email: benjamin.wilson@hklaw.com

Richard A. Bixter Jr.,
*pro hac vice*
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone: (312) 422-9032
Email: richard.bixter@hklaw.com

*Attorneys for Defendants David Marchant and KYC News, Inc. T/A/D/B/A Offshore Alert*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and served upon all parties registered for the CM/ECF system in this case.

Dated: December 18, 2024
Philadelphia, Pennsylvania

/s/ Benjamin R. Wilson

#514107530_v2