IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN and TACTICAL RABBIT, INC., <br>               Plaintiffs, <br><br> v. <br><br> WILLIAM RUZICH, LINDSAY MORAN, KYESON UTLEY, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, ARIZONA BOARD OF REGENTS, ARIZONA STATE UNIVERSITY, ARACARI PROJECT, and SPYSCAPE ENTERTAINMENT, <br>               Defendants. | CIVIL ACTION <br><br><br><br> NO. 24-1222 |

**O R D E R**

     **AND NOW**, this 13th day of February, 2025, upon receipt of Defendants Arizona Board of Regents and Arizona State University's [together, the "Arizona Defendants"] Motion to Dismiss (ECF No. 51), and in light of Plaintiffs Everett Stern and Tactical Rabbit, Inc.'s failure to timely file a response pursuant to the Court's Policies and Procedures, **IT IS HEREBY ORDERED** that the Arizona Defendants' Motion (ECF No. 51) is **GRANTED AS UNCONTESTED**. The Arizona Defendants are **HEREBY DISMISSED** from this case.

                                                    BY THE COURT:

                                                    S/ WENDY BEETLESTONE

                                                    **WENDY BEETLESTONE, J.**