IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN, ET AL.<br>   **Plaintiffs,**<br><br>   V.<br><br>WILLIAM RUZICH, ET AL.<br>   **Defendants.** | :<br>:<br>:   No.: 2-24-cv-01222-WB<br>:<br>:<br>:<br>: |

## CERTIFICATION OF SERVICE

  I, Mark T. Sophocles, Esquire hereby certify that a true and correct copy of Plaintiffs Praecipe to Supplement/Attach to the record was filed with the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania on the date below and served upon all counsel of record via the Court's ECF system is available for viewing and downloading from the ECF system.

Date: February 20, 2025             Respectfully submitted,

                      _____
                      Mark T. Sophocles, LLC
                      PA Atty ID No.: 74998
                      21 Industrial Blvd., Suite 201
                      Paoli, PA 19301
                      610-651-0105
                      *Attorney for Caspian 322 LLC*