## DECLARATION OF FACT

It is a demonstrable fact that both **I, Everett Stern, and Tactical Rabbit** maintained an active account with OffshoreAlert from 2020 to early 2023. Despite OffshoreAlert's claims to the contrary, documented communications with OffshoreAlert's own Director of Sales and Marketing, along with a **paid invoice confirming the creation of the account and multiple seats used by past Tactical Rabbit team members**, establish this business relationship beyond any doubt.

The attached receipts serve as **clear evidence** that Tactical Rabbit and I were paying customers during this period. OffshoreAlert's **public denial of this fact is demonstrably false**, and the dissemination of such misleading information is both **damaging and deceptive**.

_____
**Everett Stern**

STATE/COMMONWEALTH OF _Pennsylvania_

COUNTY OF _Chester_

On this the _21st_ day of _February_, 20_25_ before me personally appeared _Everett Stern_, known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and seal.

_Karen Lynn West_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
KAREN LYNN WEST - Notary Public
Chester County
My Commission Expires November 18, 2025
Commission Number 1272727

Commission expires _11-18-25_