# EXHIBIT A
## Subscription Confirmation

Begin forwarded message:

**From:** OffshoreAlert <offshorealert@offshorealert.com>
**Subject: Subscription Activation - OffshoreAlert**
**Date:** November 8, 2020 at 12:55:43 PM EST
**To:** 

# OffshoreAlert

# Thank you for subscribing to OffshoreAlert

Dear Everett Stern,

Your subscription has been successfully activated and you may now access more than 29,000 articles and documents related to high-value, cross-border finance, including:

- Court listings in the Bahamas, Bermuda, British Virgin Islands, and the Cayman Islands
- Over 1,300 MLAT-requests regarding crossborder investigations
- Criminal Indictments, Civil Complaints & Dubious Promotional Material
- Investor Alerts about dubious publicly-traded stocks

Please let us know if you have any questions or concerns. For assistance, you can give us a call on +1-305-372-6296 (M-F 9a-5p EST) and we'd be happy to help.

Kind Regards,

Naomi Comerford
Sales & Marketing Director, OffshoreAlert