# EXHIBIT B
## Payment Discussion and Confirmation

On Nov 20, 2020, at 3:14 PM, Naomi Comerford, OffshoreAlert <ncomerford@███████> wrote:

Hi Everett,

Okay, that worked. I will send you a paid receipt on Monday.

Thank you.

Naomi

--
Naomi Comerford
Director of Sales & Marketing

**OffshoreAlert**
+1 (305) ███████
███████@offshorealert.com


On Fri, Nov 20, 2020 at 3:00 PM Everett Stern ███████ wrote:

Hi Naomi,

I can make payment today. What is the best way to do this. I need to pay with American Express. I need to do it through an electronic system.

Sincerely,

Everett A. Stern, M.B.A.
Intelligence Director
U.S. Senate Candidate
www.TacticalRabbit.com / www.EverettStern.com

------
This transmission is intended to be delivered only to the names addressee(s) and may contain information that is confidential and proprietary. If this information is received by anyone other than the named addressee(s), the recipient(s) should immediately notify the sender, and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express written consent of the sender or the named addressee(s).