# EXHIBIT C
## Account Invoice

INVOICE BG1P4CE1B258 DETAILS



OffshoreAlert



DUE 02/28/2021

USD 1,080.00

Review and pay

Powered by QuickBooks

Dear Everett,

Your invoice is now ready for review and payment. If there are any questions or concerns, please let us know.

Thank you for your business.

OffshoreAlert

**Bill to**          Everett Stern
                     Tactical Rabbit
                     

**Terms**            Due on Receipt