# EXHIBIT D
# Team Invitation Emails

**From:** "Naomi Comerford, OffshoreAlert ███████ offshorealert.com>
**Subject:** Everett Stern has invited you to OffshoreAlert
**Date:** November 16, 2020 at 4:05:06 PM EST
**To:** ███████
**Cc:** ███████, Everett Stern <███████>

Hello ███,

Everett Stern has invited you to join Tactical Rabbit's corporate **OffshoreAlert** account.

To get started, please create your user account at https://www.offshorealert.com?action=register

Once complete, reply to this email so that I may activate your access.

If there are any questions, please let me know.

Sincerely,
Naomi

--

**What is OffshoreAlert**
OffshoreAlert publishes daily news and documents about insolvencies, disputes, and other problems in high-value, cross-border finance. Our mission is to help our clients analyze risk, evaluate opportunity, investigate entities, resolve disputes, and recover value. Learn more about OffshoreAlert.

--

Naomi Comerford
Director of Sales & Marketing

**OffshoreAlert**
+1 (305) ███
███@offshorealert.com

---

**From:** "Naomi Comerford, OffshoreAlert" ███████@offshorealert.com>
**Subject:** Reminder: Everett Stern has invited you to OffshoreAlert
**Date:** November 20, 2020 at 3:30:44 PM EST
**To:** ███████ Everett Stern ███████

Hello ███,

Everett Stern has invited you to join Tactical Rabbit's corporate **OffshoreAlert** account.

To get started, please create your user account at https://www.offshorealert.com?action=register

Once complete, reply to this email so that I may activate your access.

If there are any questions, please let me know.

Sincerely,
Naomi

--

**What is OffshoreAlert**
OffshoreAlert publishes daily news and documents about insolvencies, disputes, and other problems in high-value, cross-border finance. Our mission is to help our clients analyze risk, evaluate opportunity, investigate entities, resolve disputes, and recover value. Learn more about OffshoreAlert.

--

Naomi Comerford
Director of Sales & Marketing

**OffshoreAlert**
+1 (305) ███
███@offshorealert.com