# EXHIBIT E
## Account Activation

Begin forwarded message:

**From:** offshorealert@offshorealert.com
**Subject: Activate Account**
**Date:** November 8, 2020 at 12:54:57 PM EST
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Hi Everett,

Thanks for joining OffshoreConnect, the OffshoreAlert Community.

To protect your privacy, please confirm your email address by clicking here:

Please click here to confirm your email address and activate your account.

Alternatively, you can activate your account by going to www.offshoralert.com/ActivateAccount.aspx

Once you confirm, you will have access to all of OffshoreAlert's OffshoreConnect features.

We look forward to seeing you on OffshoreAlert!

-- The OffshoreAlert Team

All Offshore, All the Time
www.offshorealert.com

---

**OffshoreAlert Activation Code: 998f60aec5004c7ebc92491528f45c69**
If you did not intend to join OffshoreConnect, please disregard this e-mail. No further action is required on your part.