IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN and TACTICAL RABBIT, LLC,** | **CIVIL ACTION** |
| Plaintiffs, | |
| v. | NO. 24-1222 |
| **ARACARI PROJECT, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, KYESON UTLEY, LINDSAY MORAN, SPYSCAPE ENTERTAINMENT, and WILLIAM RUZICH,** | |
| Defendants. | |

## O R D E R

**AND NOW**, this 21st day of March, 2025, upon consideration of Defendant Spyscape Entertainment's Motion to Dismiss (ECF No. 46) and all responses and replies thereto (ECF Nos. 50 and 52), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(2). It is further **ORDERED** that Counts I-X of Plaintiff's Amended Complaint (ECF No. 41) are **DISMISSED WITHOUT PREJUDICE** as pleaded against Defendant Spyscape Entertainment.

Further, upon consideration of Defendant Lindsay Moran's Motion to Dismiss (ECF No. 44) and all responses and replies thereto (ECF Nos. 48 and 54), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(2). It is further **ORDERED** that Counts I-X of Plaintiff's Amended Complaint (ECF No. 41) are **DISMISSED WITHOUT PREJUDICE** as pleaded against Defendant Lindsay Moran.

Finally, upon consideration of Defendant David Marchant, KYC News, Inc. d/b/a Offshore Alert's (together, the "Marchant Defendants") Motion to Dismiss (ECF No. 45) and all responses and replies thereto (ECF Nos. 49, 53, 55, and 56) **IT IS HEREBY ORDERED** that

Plaintiff's Amended Response in Opposition (ECF No. 55) is **STRICKEN** for failure to abide by local rules.  It is further **ORDERED** that the Marchant Defendants' Motion (ECF No. 45) is **GRANTED AS UNCONTESTED** pursuant to Federal Rule of Civil Procedure 12(b)(2).

                                        **BY THE COURT:**

                                        ___/s/ WENDY BEETLESTONE_____
                                        **WENDY BEETLESTONE, J.**