**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Chambers of Judge Wendy Beetlestone**
**10614 U.S. Courthouse**
**601 Market Street**
**Philadelphia, Pennsylvania 19106**

Mark Sophocles
21 Industrial Blvd
Suite 201
Paoli, PA 19301

March 28, 2025

RE:   Civil Action No. 24-1222
      *Stern v. Ruzich, et al.*

Dear Counsel:

   A review of the Court's records show that service of the Amended Complaint has not been made in the above-captioned action with respect to defendants, **Kyeson Utley, William Ruzich and Aracari Project.**

   In order to eliminate a delay in bringing this case to trial, service must be made by **April 28, 2025,** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.   Proof of service must be filed with the Clerk of Court within five days of service. If service is not made within the time set forth above, the Court will dismiss the Complaint without prejudice for lack of prosecution.

                                             Very truly yours,


                                             /s/ Michael Beck
                                             Michael Beck
                                             Deputy Clerk to Wendy Beetlestone