Civil Action No.    2:24-CV-01222-WB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Aracari Project** was recieved by me on **4/18/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jacey Rodgers**, who is designated by law to accept service of process on behalf of **Aracari Project** at 6801 Jefferson St NE Ste 150, Albuquerque, NM 87109 on 04/24/2024 at 12:08 PM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 4/18/2024

Server's signature

**Esther Lopez**
Printed name and title

533 Valencia Dr SE
6
Albuquerque, NM 87108

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Jacey Rodgers who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 45-55 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.




Tracking #: 0130795042