IN THE UNITED STATS DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT STERN, ET AL.**<br>     **Plaintiffs,**<br><br>V.<br><br>**WILLIAM RUZICH, ET AL.**<br>     **Defendants.** | :<br>:<br>:   No.: 2-24-cv-01222-WB<br>:<br>:<br>:<br>: |

## CERTIFICATION OF SERVICE

I, Mark T. Sophocles, Esquire hereby certify that a true and correct copy of Plaintiffs Affidavit of Service for the Aracari Project to the record was filed with the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania on the date below and served upon all counsel of record via the Court's ECF system is available for viewing and downloading from the ECF system.

Date: March 28, 2025

Respectfully submitted,

_____
Mark T. Sophocles, LLC
PA Atty ID No.: 74998
21 Industrial Blvd., Suite 201
Paoli, PA 19301
610-651-0105
*Attorney for Everett Stern*