AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:24-CV-01222-WB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Kyeson Ultley**
was recieved by me on **4/12/2024:**

[X] I personally served the summons on the individual at **3969 Prairie creek, New Braunfels, TX 78132** on **04/16/2024 at 2:44 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 16 April 2024

_____
Server's signature

**Jeff Fowler**
Printed name and title

125 Dundee Grace
New Braunfels, TX 78130

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Kyeson Ultley with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a beard and a tattoo.**




Tracking #: 0130051723