IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN and TACTICAL RABBIT, LLC,<br>**Plaintiffs,**<br><br>v.<br><br>ARACARI PROJECT, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, KYESON UTLEY, LINDSAY MORAN, SPYSCAPE ENTERTAINMENT, and WILLIAM RUZICH,<br>**Defendants.** | CIVIL ACTION<br><br><br>NO.  24-1222 |

## O R D E R

**WHEREAS**, on March 22, 2024, Plaintiffs Everett Stern and Tactical Rabbit, LLC filed a Complaint (ECF No. 1) against Defendants Aracari Project, Arizona Board of Regents, Arizona State University, David Marchant, KYC News, Inc. d/b/a Offshore Alert ("Offshore Alert"), Kyeson Utley, Lindsay Moran, Spyscape Entertainment, and William Ruzich;

**WHEREAS**, on October 31, 2024, Plaintiffs filed an Amended Complaint (*see* ECF No. 41), which raised substantially similar allegations against all Defendants;

**WHEREAS**, the Arizona Board of Regents, Arizona State University, David Marchant, Lindsay Moran, Offshore Alert, and Spyscape Entertainment all timely moved to dismiss the Amended Complaint (*see* ECF Nos. 44, 45, 46, and 51);

**WHEREAS**, on February 13, 2025, the Court granted as uncontested the Arizona Board of Regents and Arizona State University's Motion to Dismiss and dismissed them from the action without prejudice (*see* ECF No. 57);

1

**WHEREAS**, on March 21, 2025, the Court granted David Marchant, Lindsay Moran, Offshore Alert, and Spyscape Entertainment's Motions to Dismiss and dismissed all claims against them without prejudice (*see* ECF Nos. 60 and 61);

**WHEREAS**, Plaintiffs have not, to date, sought leave to file a Second Amended Complaint to replead those claims that were dismissed without prejudice;

**WHEREAS**, on March 28, 2025, the Deputy Clerk sent a letter to Plaintiffs' counsel advising him that a review of the Court's records demonstrated that service of the Amended Complaint had not been made with respect to Aracari Project, William Ruzich, and Kyeson Utley (*see* ECF No. 62);

**WHEREAS**, in that letter, the Deputy Clerk advised Plaintiffs' counsel that, pursuant to Federal Rule of Civil Procedure 4, service of the Amended Complaint must be effectuated by April 28, 2025 on pain of dismissal for failure to prosecute;

**WHEREAS**, on March 28, 2025, Plaintiffs filed proofs of service, which, in their view, indicated that Aracari Project, Ruzich, and Utley were served with copies of the Amended Complaint in April 2024 (*see* ECF Nos. 63 and 64);

**WHEREAS**, a review of the docket indicates that Plaintiffs did not file the Amended Complaint until October 31, 2024, so it would have been impossible for them to have served Aracari Project, Ruzich, and Utley with a copy of that pleading in April 2024; and,

**WHEREAS**, Plaintiffs have not, to date, filed any other proofs of service establishing that service of the Amended Complaint has been effectuated with respect to Aracari Project, Ruzich, and Utley.

**AND NOW**, this 28th day of August, 2025, **IT IS HEREBY ORDERED** that Defendants Aracari Project, William Ruzich, and Kyeson Utley are **DISMISSED WITHOUT PREJUDICE**

2

from the above-captioned action for **FAILURE TO PROSECUTE** pursuant to Federal Rule of Civil Procedure 4(m).

It is **FURTHER ORDERED** that Plaintiffs may file a Second Amended Complaint, limited to Defendants Aracari Project, Arizona Board of Regents, Arizona State University, David Marchant, Offshore Alert, Kyeson Utley, Lindsay Moran, Spyscape Entertainment, and William Ruzich and any claims against them that were dismissed without prejudice by the Court through ECF Nos. 57, 60, and 61, on or before **October 28, 2025**, or risk dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(b).

BY THE COURT:

S/ **WENDY BEETLESTONE**

_____
**WENDY BEETLESTONE, C.J.**