# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| EVERETT Stern, et al.<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>WILLIAM RUZICH, ET AL.<br>　　　　Defendants. | :<br>:<br>: Case No.: 24-01222-WB<br>:<br>:<br>:<br>:<br>: |

### DECLARATION OF GOOD FAITH FOR ALTERNATIVE SERVICE TO DEFENDANT, WILLIAM RUZICH

I, Mark T. Sophocles, Esquire, make this Declaration in Support of the Motion for Alternative Service, being duly sworn, hereby state:

1. I am the Plaintiff Attorney in the above-captioned case.

2. I certify that on March 22, 2024, the civil complaint was filed and there was good-faith efforts to locate Defendant, William Ruzich and affect service of process through ABC Legal Process Service. A Second Amended Complaint was filed of record on September 23, 2025, (ECF No. 66).

3. The nature and extent of my efforts are as follows (hereto as Exhibit "A"):

- April 13, 2024 – ABC Legal process server spoke to grandfather, defendant moved out in 2006 and was now overseas; address attempted service at 314 Mockingbird Lane, Waterloo, IL 62298;

- May 14, 2024 – ABC Legal process server spoke with individual identified as Shedell Young, leasing office agent, Apt 215 is vacant, no service; address attempted service at 600 H St., Apt 215, Washington, DC 20002;

- May 15, 2025 – ABC Legal process server spoke to Spoke to Shedell Young leasing

office agent, vacant – no service; address attempted service at 600 H St., Apt 215, Washington, DC 20002;

- May 20, 2024 – ABC Legal process server spoke with an individual identified as resident, and said subject is not known, and neighbor also said not a resident, with address attempted service at 6321 113th St., Apt 1405, Seminole, FL 33772.

4. I believe that despite these efforts, William Ruzich's service remains unaffected, due to the party not being located and remains unserved.

5. I further certify that the statements made in my Declaration of Good Faith in Support of the Motion for Alternative Service are true and correct to the best of my knowledge, information, and belief, and I understand that they are subject to the penalties of unsworn falsification to authorities under 18 Pa. C.S. § 4904.

Date: November 6, 2025

Respectfully submitted,

MARK THOMAS SOPHOCLES, LLC

_____
Mark T. Sophocles, Esquire
PA Attorney ID 74998
21 Industrial Blvd., Suite 201
Paoli, PA 19301
Phn: (610) 651-0105
Fax: (610) 651-0106
Mark@Sophocleslaw.com