# EXHIBIT "B"

# ABC LEGAL
## Servicing Updates & Activity (4)

All Activity
Service Events (Only)
Shillyne Hemmings

- 5/20/24 5:27 PM EDT

Service Attempted: **William Ruzich** on 5/20/2024 5:27 PM EDT
Address: 6321 113th St Apt 1405, Seminole, FL 33772-6748
I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who says not resident.
Server:

Delpheny Outland
GPS Coordinates: 27.829876, -82.791725

- 5/15/244:31 PM EDT

Service Attempted: **William Ruzich** on 5/15/2024 4:31 PM EDT
Address: 600 H St NE Apt 215, Washington, DC 20002-5146
I spoke with an individual who identified themselves as the shedell young the leasing office agent. and they stated subject moved. She stated unit 215 is vacant and no one resides. Therefore she could not let me go up.
Server:

Delpheny Outland
GPS Coordinates: 38.900265, -76.997284

- 5/14/242:55 PM EDT

Service Attempted: **William Ruzich** on 5/14/2024 2:55 PM EDT
Address: 600 H St NE Apt 215, Washington, DC 20002-5146
I spoke with an individual who identified themselves as the shedell young the leasing office agent. She stated that Unit 215 is vacant and subject does not reside.

Dominic Kupihea
GPS Coordinates: 38.33929, -90.165972

- 4/13/247:53 PM EDT

Service Attempted: **William Ruzich** on 4/13/2024 6:53 PM CDT
Address: 314 Mockingbird Ln, Waterloo, IL 62298-1274
I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke to the resident who identified himself as the homeowner. Further he is the subject's grandfather. He states that the subject moved out in 2006 and is currently overseas.
:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:24-CV-01222-WB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **William Ruzich**
was recieved by me on **4/11/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **314 Mockingbird Ln, Waterloo, IL 62298**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00.**

I declare under penalty of perjury that this information is true.

Date: April 15, 2024

[signature]
*Server's signature*

**Dominic Kupihea**
*Printed name and title*

**227 W. Monroe Street**
**Suite 2117**
**Chicago, IL 60606**
*Server's address*

Additional information regarding attempted service, etc:

**4/13/2024 6:53 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke to the resident who identified himself as the homeowner. Further he is the subject's grandfather. He states that the subject moved out in 2006 and is currently overseas.**





AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:24-CV-01222-WB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (i))***

This summons for **William Ruzich**
was recieved by me on **5/14/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Vacant** after attempting service at **600 H ST NE APT 215, WASHINGTON, DC 20002-5146**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 5/20/24

[signature]
*Server's signature*

**Delpheny Outland**
*Printed name and title*

**4256 Suitland Rd**
**102**
**Suitland, MD 20746**

*Server's address*

Additional information regarding attempted service, etc:

**5/14/2024 2:55 PM: I spoke with an individual who identified themselves as the shedell young leasing office agent. She stated that unit 215 is vacant and subject does not reside.**
**5/15/2024 4:31 PM: I spoke with an individual who identified themselves as the shedell young the leasing office agent. and they stated subject moved. She stated unit 215 is vacant and no one resides. Therefore she could not let me go up.**





AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:24-CV-01222-WB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **William Ruzich**
was recieved by me on **5/17/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Unknown** after attempting service at **6321 113TH ST APT 1405, SEMINOLE, FL 33772**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:

[signature]
*Server's signature*

**Shillyne Hemmings**
*Printed name and title*

**8801 Hunters Lake Dr**
**616**
**Tampa, FL 33647**
*Server's address*

Additional information regarding attempted service, etc:

**5/20/2024 5:27 PM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who says not resident.**





I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who says not resident.

Server: SH Shillyne Hemmings

(1) GPS Coordinates: 27.829876, -82.791725

5/15/24 4:31 PM EDT

Service Attempted: **William Ruzich** on 5/15/2024 4:31 PM EDT
Address: 600 H St NE Apt 215, Washington, DC 20002-5146

I spoke with an individual who identified themselves as the shedell young the leasing office agent. and they stated subject moved. She stated unit 215 is vacant and no one resides. Therefore she could not let me go up.

Server: Delpheny Outland

(1) GPS Coordinates: 38.900265, -76.997284

5/14/24 2:55 PM EDT

Service Attempted: **William Ruzich** on 5/14/2024 2:55 PM EDT
Address: 600 H St NE Apt 215, Washington, DC 20002-5146

I spoke with an individual who identified themselves as the shedell young leasing office agent. She stated that unit 215 is vacant and subject does not reside.

Server: Delpheny Outland

(1) GPS Coordinates: 38.900269, -76.996567

4/13/24 7:53 PM EDT

Service Attempted: **William Ruzich** on 4/13/2024 6:53 PM CDT
Address: 314 Mockingbird Ln, Waterloo, IL 62298-1274

I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke to the resident who identified himself as the homeowner. Further he is the subject's grandfather. He states that the subject moved out in 2006 and is currently overseas.

Server: Dominic Kupihea

(1) GPS Coordinates: 38.33929, -90.165972

Documents

Invoices

Support

Need Help?

Create a customer support ticket.

Please explain the issue and a member of our team will follow up.

Attach or Drag & Drop Documents

Send Request

2 New Messages. Mark All as Read

ST Stephanie T. May 16, 2024 9:50 AM | ABC Legal Customer Support

Hello,