IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

| | | |
|---|---|---|
| **EVERETT STERN, ET AL.**<br>    **Plaintiffs,** | : <br> : <br> : | |
| V. | : | Civil Action No. 2:24-cv-01222-WB |
| **WILLIAM RUZICH. ET AL.**<br>    **Defendants.** | : <br> : <br> : | |

## PROPOSED ORDER

**AND NOW**, this ___ day of _____, 2025, upon consideration of Plaintiffs' Motion for Alternative Service, it is **ORDERED** that the Motion is **GRANTED**. Plaintiffs are authorized to serve Defendant **William Ruzich** with the Summons and (Second Amended) Complaint by the following methods, any one of which shall constitute valid service:

1. By sending PDF copies via email to wruzich12@gmail.com
2. By first-class mail and certified mail (RRR) to:

   (a) 314 Mockingbird Lane, Waterloo, IL 62298;
   (b) 600 H St., Apt. 215, Washington, DC 20002;
   (c) 6321 113th St., Apt. 1405, Seminole, FL 33772.

Service shall be deemed complete upon the earliest of (i) email transmission without bounce-back, or (ii) the date of mailing. Plaintiffs shall file proof of service within 7 days of completion. The deadline for service under Fed. R. Civ. P. 4(m) is extended 30 days from the date of this Order.

BY THE COURT:

_____
U.S.D.J.