IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN and TACTICAL RABBIT, LLC,<br>           Plaintiffs,<br><br>v.<br><br>ARACARI PROJECT, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, KYESON UTLEY, LINDSAY MORAN, SPYSCAPE ENTERTAINMENT, and WILLIAM RUZICH,<br>           Defendants. | CIVIL ACTION<br><br>NO.  24-1222 |

## ORDER

**AND NOW**, this 25th day of November, 2025, upon consideration of Plaintiffs' Motion for Alternative Service (ECF No. 68), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                                                    **BY THE COURT:**

                                                    S/ **WENDY BEETLESTONE**
                                                    _____
                                                    **WENDY BEETLESTONE, C.J.**