**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| EVERETT STERN, *et ano.,* | |
| Plaintiffs, | Civil Action No. 2:24-cv-01222-WB |
| vs. | |
| WILLIAM RUZICH, *et al.,* | |
| Defendants. | |

**DEFENDANT SPYSCAPE ENTERTAINMENT'S MOTION TO DISMISS**
**PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant Spyscape Entertainment ("**Spyscape**") hereby respectfully moves for an Order dismissing Plaintiffs Everett Stern and Tactical Rabbit, LLC's Second Amended Complaint (ECF No. 66) as to all claims against Spyscape for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and failure to state a claim under Fed. R. Civ. P. 12(b)(6) (the "**Motion**").

In support of its Motion, Spyscape submits its Memorandum of Law in Support of the Motion, which is filed concurrently herewith.  A proposed order granting the Motion is attached hereto as Exhibit A.

Counsel to Spyscape will make itself available at the Court's convenience to the extent that the Court wishes to preside over oral argument.

Dated: December 19, 2025
      Philadelphia, Pennsylvania

HOLLAND & KNIGHT LLP

/s/ Benjamin R. Wilson
Benjamin R. Wilson, Esq. (Bar No. 327118)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone: (215) 252-9600
Email: benjamin.wilson@hklaw.com

Richard A. Bixter Jr., *pro hac vice*
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone: (312) 422-9032
Email: richard.bixter@hklaw.com

*Attorneys for Defendant Spyscape
Entertainment*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and served upon all parties registered for the CM/ECF system in this case.

Dated: December 19, 2025
Philadelphia, Pennsylvania

/s/ Benjamin R. Wilson

#530183883_v1