**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EVERETT STERN, *et ano.,*<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM RUZICH, *et al.,*<br><br>    Defendants. | Civil Action No. 2:24-cv-01222-WB |

## ORDER GRANTING MOTION TO DISMISS

AND NOW, this _____ day of _____, upon consideration of Defendant Spyscape

Entertainment's motion to dismiss and all papers and submissions submitted with respect to such

motion, it is hereby ordered that the motion is GRANTED.  Spyscape Entertainment is dismissed

from this case with prejudice.

BY THE COURT:

_____
Hon. Wendy Beetlestone
Chief United States District Judge
Eastern District of Pennsylvania

#530183469_v1