**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EVERETT STERN, *et ano.,* | |
| Plaintiffs, | Civil Action No. 2:24-cv-01222-WB |
| vs. | |
| WILLIAM RUZICH, *et al.,* | |
| Defendants. | |

**DEFENDANTS DAVID MARCHANT AND KYC NEWS, INC. d/b/a OFFSHORE
ALERT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants David Marchant and KYC News, Inc. d/b/a Offshore Alert (together, the "**Marchant Defendants**"), hereby respectfully move for an Order dismissing Plaintiffs Everett Stern and Tactical Rabbit, LLC's Second Amended Complaint (ECF No. 66) as to all claims against the Marchant Defendants for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and failure to state a claim under Fed. R. Civ. P. 12(b)(6) (the "**Motion**").

In support of their Motion, the Marchant Defendants submit their Memorandum of Law, filed concurrently herewith.  A proposed order granting the Motion is attached as Exhibit A.

Counsel to the Marchant Defendants will make itself available at the Court's convenience to the extent that the Court wishes to preside over oral argument.

Dated: December 19, 2025
      Philadelphia, Pennsylvania

                              HOLLAND & KNIGHT LLP

                              /s/ Benjamin R. Wilson
                              Benjamin R. Wilson, Esq. (Bar No. 327118)
                              1650 Market Street, Suite 3300
                              Philadelphia, Pennsylvania 19103
                              Phone: (215) 252-9600
                              Email: benjamin.wilson@hklaw.com

                              Richard A. Bixter Jr.
                              *pro hac vice pending*
                              150 North Riverside Plaza, Suite 2700
                              Chicago, Illinois 60606
                              Phone: (312) 422-9032
                              Email: richard.bixter@hklaw.com

                              *Attorneys for Defendants David Marchant*
                              *and KYC News, Inc. d/b/a Offshore Alert*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a true and correct copy of the

foregoing with the Clerk of Court using the CM/ECF system and served upon all parties registered

for the CM/ECF system in this case.

Dated:  December 19, 2025
        Philadelphia, Pennsylvania

/s/ Benjamin R. Wilson

#530988139_v2