**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EVERETT STERN, *et ano.,*

    Plaintiffs,

vs.

WILLIAM RUZICH, *et al.,*

    Defendants.

Civil Action No. 2:24-cv-01222-WB

## ORDER GRANTING MOTION TO DISMISS

AND NOW, this _____ day of _____, upon consideration of Defendants David Marchant and KYC News, Inc. d/b/a Offshore Alert's motion to dismiss Plaintiffs' Second Amended Complaint (ECF No. 66) and Plaintiffs' response thereto, it is hereby ordered that the motion is GRANTED. David Marchant and KYC News, Inc. d/b/a Offshore Alert are dismissed from this case with prejudice.

    BY THE COURT:

    _____
    Hon. Wendy Beetlestone
    Chief United States District Judge
    Eastern District of Pennsylvania

#530987729_v2