IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERETT STERN and TACTICAL RABBIT, LLC,<br><br>              Plaintiffs,<br><br>      v.<br><br>ARACARI PROJECT, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, KYESON UTLEY, LINDSAY MORAN, SPYSCAPE ENTERTAINMENT, and WILLIAM RUZICH,<br><br>              Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-1222 |

**O R D E R**

**AND NOW**, this 12th day of February, 2026, upon consideration of Defendant Spyscape Entertainment's Motion to Dismiss (ECF No. 74) and all responses and replies thereto (ECF Nos. 88 and 93), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(2).  It is further **ORDERED** that Counts I-X of Plaintiff's Amended Complaint (ECF No. 66) are **DISMISSED WITHOUT PREJUDICE** as pleaded against Defendant Spyscape Entertainment.

Further, upon consideration of Defendant Lindsay Moran's Motion to Dismiss (ECF No. 69) and all responses and replies thereto (ECF No. 72), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(2).  It is further **ORDERED** that Counts I-X of Plaintiff's Amended Complaint (ECF No. 66) are **DISMISSED WITHOUT PREJUDICE** as pleaded against Defendant Lindsay Moran.

Finally, upon consideration of Defendant David Marchant, KYC News, Inc. d/b/a Offshore Alert's (together, the "Marchant Defendants") Motion to Dismiss (ECF No. 75) and all responses and replies thereto (ECF Nos. 84 and 91), **IT IS HEREBY ORDERED** that said

1

Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(2).  It is further

**ORDERED** that Counts I-X of Plaintiff's Amended Complaint (ECF No. 66) are **DISMISSED**

**WITHOUT PREJUDICE** as pleaded against the Marchant Defendants.

**BY THE COURT:**

**S/  WENDY BEETLSTONE**

**WENDY BEETLESTONE, C.J.**