**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Chambers of Chief Judge Wendy Beetlestone**
**10614 U.S. Courthouse**
**601 Market Street**
**Philadelphia, Pennsylvania 19106**

June 15, 2026

RE: Civil Action No. 24-1222
    *Stern v. Ruzich, et al.*

Dear Counsel:

    A review of the Court's records show that service of the Second Amended Complaint (ECF # 66) has not been made in the above-captioned action with respect to Defendants William Ruzich, Kyeson Utley and Aracari Project.
    In order to eliminate a delay in bringing this case to trial, service must be made by **July 25, 2026,** in accordance with Rule 4 of the Federal Rules of Civil Procedure.   Proof of service must be filed with the Clerk of Court within five days of service. If service is not made within the time set forth above, the Court will dismiss the Second Amended Complaint without prejudice for lack of prosecution as to Defendants William Ruzich, Kyeson Utley and Aracari Project.

.

        Very truly yours,


        /s/ Michael Beck
        Michael Beck
        Deputy Clerk to Judge Wendy Beetlestone