**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EVERETT STERN and TACTICAL RABBIT, LLC,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**ARACARI PROJECT, DAVID MARCHANT, KYC NEWS, INC. d/b/a OFFSHORE ALERT, KYESON UTLEY, LINDSAY MORAN, SPYSCAPE ENTERTAINMENT, and WILLIAM RUZICH,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br>**NO. 24-1222** |

**O R D E R**

**AND NOW**, this 27th day of July, 2026, **IT IS HEREBY ORDERED** that the above captioned action is **DISMISSED WITHOUT PREJUDICE** against Defendants William Ruzich, Kyeson Utley and Aracari Project for lack of prosecution for failure to comply with the notice dated June 15, 2026 (ECF No. 102). The Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**